Clerk Of The Court
Southern District Court
1133 N. Shoreline Dr.
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

NOV 08 2007

Michael N. Milby, Clerk of Court

Nov. 05, 2007

Dear Clerk:

I'm currently an inmate in Three Rivers FCI serving a total of 100 months on two cases of fraud and another on jury tampering with Docket #: 05-CR-80175-DT-02 and 03-80810-01.

I was appointed an attorney for both of those cases by my judge while on bond in Michigan because I could not afford one.

After serving time in Milan FCI - Michigan I was placed in the HOLE/SHU for 8 months then taken to Three Rivers, FCI here in Texas over 35 hours out of the jurisdiction they are supposed to keep me.

I was never informed why or presented with any disciplinary action which violated the elementary due process along with my civil rights in many ways.

Being this far away my ill mother can no longer visit me as well as my other family members.

After I was in the SHU/HOLE and here in Three Rivers FCI I've been taunted, tormented, harassed, targetted and discriminated against in every single way one can imagine.
They violated me and my rights as an inmate to the point that I think inmates in Abu Ghraib/Iraq and in Guwantanamo/Cuba are treated better than the LIVING HELL THE STAFF AT THREE RIVERS are putting me through.

When I complained and spoke to the officials it only made things worse!
My case manager (BARRARA) told me to hire a lawyer.

I therefore ask a lawyer be appointed for me so these violations against me stop since I cannot afford one now that I'm an inmate nor could I afford one when I was on bond in my original caseS,

PLEASE HELP ME in accordance with 18 USC § 3006A(a)(2)(B) by appointing me an attorney to get the staff at Three Rivers to stop their violations

As to my background ... I'm a USA citizen born and raised in Dearborn, Michigan serving a 100 month sentence on fraud and jury tampering charges.

This matter is extremely urgent and I'm in desperate need of an attorney.
The situation is so bad that the staff ran me off the lunch hall and I have not been eating there for over 2 months because of the staffs harassing tactics.

Please contact me with an appointed attorney for this urgent matter or have the attorney contact me.

Sincerely,

Ahmad Jebril
Inmate #: 31943-039
P O Box 4200
Three Rivers, TX 78071

11/5/07

CASE LAW:
I have exhausted all prison remedies and now need to file a 28 USC 2241 motion that I need an attorney for. As well as for other possible remedies that I can only attain through counsel.

18 USC § 3006(a)(2)(B)
Adequate representation of defendants
Each U S district court with the approval of the judicial concil of the circuit, shall place in operation throughout the district a plan for furnishing representation for any person financially unable to obtain adequate representation in accordance with this section. Representation under each plan shall include counsel and investigative, expert, and other services necessary for adequate representation. Each plan shall provide the following:

(2) Whenever the US magistrate judge or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who------

(B) **is seeking relief under section 2241, 2254, or 2255 of title 28.**

Ahmad Jebril
Inmate #: 31943-039   Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

LEGAL MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
07 NOV 2007 PM 4 L

United States Courts
Southern District of Texas
FILED

NOV 0 8 2007

Michael N. Milby, Clerk of Court

LEGAL MAIL

78401+3803

Clerk of The Court
Southern District Court
1133 N. Shoreline Dr.
Corpus Christi, TX 78401