UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

United States Courts
Southern District of Texas
FILED

NOV 19 2007

Michael N. Milby, Clerk of Court

**Ahmad Jebril**
Inmate # 31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

2:07cv436

v.

**Dan Joslin** (Warden of Three Rivers Federal Correctional Institution - Texas)
**Joseph Higgerson** (Captain of Three Rivers Federal Correctional Institution - Texas)
**C. Eichenlaub** (Warden of Milan Federal Correctional Institution in Michigan)
**Mukhtar Curtis** (Head Chaplain of Milan Federal Correctional Institution in Michigan)
**Jodi Bradly** (Captain of Milan Federal Correctional Institution in Milan, Michigan)

**Application For Federal Writ Of Habeas Corpus Under 28 U.S.C. § 2241**

**PLACE OF CONFINEMENT:**
I'm currently an inmate at Three Rivers Federal Correctional Institution in Three Rivers - Texas.

**NAME AND LOCATION OF COURT WHICH ENTERED CURRENT CONVICTION:**
I was convicted in the United States District Court for Eastern District Court of Michigan.
Docket #: 05-CR-80175-DT-02 and 03-80810-01.

**BASIS FOR PETITION:**
Basis for this petition relates to prison transfer and prison condition.

**NAME AND LOCATION OF THE INSTITUTION WHERE THE INCIDENTS AND/OR EVENTS COMPLAINED OF OCCURED:**
Events originated in Milan. Michigan - FCI and continued on to Three Rivers - FCI where I'm currently confined and where the matter is still ongoing.

**COMPLAINTS:**
While serving time in Milan FCI I was taken to the Special Housing Unit(SHU) for eight months without ~~and~~ due process and then ordered transferred to Texas, Three Rivers - FCI a much higher security prison outside my region and far from family. In both Milan and Three Rivers staff targetted me, bullied me, harassed me and discriminated agaisnt me.

**GRIEVANCE PROCEDURE:**
On 6/4/07 I filed a request for an informal attempt of an administrative remedy.

After Counselor and unit manager returned it on 6/5/07 signed "unable to informally resolve", I then filed a request for administrative remedy to the Warden (BP-9) on 6/6/07. On 6/20/07 Warden Eichenlaub indicated I'm no longer appropriate to be in Milan FCI because he alleges I attempted to organize private religious meetings.

On 6/27/07 I filed an appeal to the regional director (BP-10). I stated more facts and circumstances regarding my transfer and treatment of staff.

On 7/12/07 Regional Director Nally responded "we have reviewed your appeal and determined the Warden's response dated 6/20/07 thoroughly addresses your concerns.

On 8/3/07 I filed an administrative remedy appeal to the central office of the Federal Bureau of Prisons in Washington, D.C.

After I did not receive a response I sent in several letters requesting a response because the response due date of 9/22/07 had passed.

On Oct. 9, 2007 administrator Watts from national inmate appeals responded saying "As noted by the regional Director, based on SIS investigation staff determined you were no longer appropriate for FCI Milan and required greater security". See exhibit #1.

**SPECIFICS OF CLAIM(grounds, and supporting facts):**

On 12/11/06 in Milan FCI I was escorted to the special housing unit (SHU) along with my father Musa Jebril #31942-039. We had absolutely no idea why we were taken to the SHU and all the staff refused to inform me why I was taken to the hole other than a notice they gave me stating that I'm under SIS investigation.

I assumed it was related to conversations and issues I discussed with head chaplain of Milan (Mukhtar Curtis) who was promoting the most radical brand of Islam and I have solid proof of that.

I have in a safe place a book he promoted called (MILESTONES by Sayyid QUTUB) considered the spiritual manifesto of the terrorists and the spark that started the radical and terrorist groups of our time. He was personally handing this book out to inmates to study it and read it. It is stamped with US BOP Milan Chapel's property. I HAVE THIS SOLID EVIDENCE IN A SAFE PLACE. This was one of many issues I was against and spoke to him about. Exhibit #2 has much more details of most of what transpired between me and Chaplain Mukhtar Curtis. Knowing that and how evil Mr. Curtis is in how he boasters how his memo's destroy anyone and in fact boasters that it was his memos that destoryed father Howard and sister Pat his co-workers for him to become the head chaplain. Knowing all that about him I assumed it was his memo that put us in the SHU resulting in an SIS investigation.

I pleaded with the staff in the SHU to speak to someone about Curtis before he hides evidence of radical material throughout the prison.

On 12/14/06 I was finally able to speak to SIS - Agent (WEBBER). The meeting lasted less than 5 minutes and he had no interest in what I had to say nor did he officially inform me why I was in the hole.
After listening to what I informed him about Curtis he only asked one question regarding 5 books I had in my property that he thought were radical and accroding to him I should not of had in Milan. Please see Exhibit #2 for the titles and authors of what Webber assumed were radical books.

On 1/9/07 I arranged through my attorney to meet with my agent and Assistant US attorney Ms. Oberg. I informed them of what I know of Curtis's activities and this was based on my persistent request. In fact the first words Ms. Oberg said was "we are here at your invitation what do you want to tell us".

I spent 8 months in Milan's SHU where I was mistreated, bullied, harassed and taunted by staff there who had been informed that we are terrorists.

The Captain of Milan FCI Jodi Bradly passed my cell telling a SHU officer "You should read the last report we got on Jebril's the terrorists. When he used to see ........ shout Akbar..". The (....) are words I could not make out as she was speaking.

There were times I was deprived of meals and when I asked for it I was informed by staff that "we don't feed terrorists".

I was not given access to my property as others were and most of my property was missing. I have filed a $1055 tort claim of missing property.

There are countless issues like that.

After 8 months in the SHU I was suddenly informed that I will be transferred to another prison. I was not informed why or where until I stepped foot in Three Rivers, TX - FCI a medium high prison over 35 hours away from my region.

My custody level is 4 points which means I'm at a camp level because anything under 11 points is camp level.
This transfer to a higher security prison was not all they violated me in but also they moved me from my region where I was 20 minutes from my house to a prison in TX 35 hours from my house.

<u>This transfer to a higher security prison and 35 hours outside my region</u> is a clear violation of my due process rights because a management variable was placed on my custody level without a disciplinary hearing or any type of notice let alone any elementary procedural due process and this transfer was WITHOUT just cause.

This transfer constitues cruel and unusual punishment and serves no legitimate regulatory purpose. It is a sanction they imposed on me that constitutes a SEVERE punishment and the transfer along with labeling me a "terrorist" as staff warn inmates about me and mistreat me both in Milan FCI and now here in Three Rivers FCI deprive me of rights I'm entitled to even in my confinement; deprivation of which

of which serves no purpose other than to make my imprisonment more burdensome than law allows and curtails my liberty to greater extent than law permits.

I'm at a medium high prison with inmates of a much higher custody level than me in fact I'm the lowest custody level inmate in the entire prison which is very dangerous because they are all affiliated with groups and gangs and I'm not. They have purposely sought to place me in danger with higher security inmates.

As a result of this transfer my ill mother who never missed a single visit when I was in Milan - FCI is no longer able to visit me due to her health condition as verified in my PSI and due to our financial condition where she could not afford to visit me 35 hours away financially even if her health permitted her.

They could have placed me in a Medium security prison in my region where my mother could visit me but they only sought to inflict harm and punishment that constitues no legitimate regulatory purpose in effective management of correctional insitutions in violations of my rights.

As a result of this transfer I was mistreated in my stay in Milan- SHU and here in Three Rivers TX - FCI staff continue to mistreat me. They bully me, target me, discriminate agaisnt me and harass me in the worst way one can imagine.
Exhibit # 3 is a letter I wrote to Three Rivers FCI warden regarding mistreatment by his staff only two weeks after I arrived here. The letter served no purpose but to make things worse after it.

Matters have gotten so bad by staff targetting me that I no longer step foot in the chow hall so they stepped up harassment by the metal detector/shack area where I must pass.

I was informed that prior to my arrival on Three Rivers compound a memo was sent to every single staff warning about me that resulted in this type of treatment against me. I would like the court to order discovery of that memo.

Staff in Three Rivers TX have been warning other inmates not to talk to me because I'm bad news and/or a terrorist.

I ask that this unjust transfer be heard before your honorable court and I be permitted to a hearing to show that I belong in a camp in my region and also be given time off due to the mistreatment of staff in both Milan and Three Rivers.

I also ask that discovery of all documentation be presented to the court and myself prior to any hearing that was used to order my transfer, label and mistreat me.

I initiated informal and formal remedies in Milan and continued them during my stay in Three Rivers - TX where I received the final response pertaining to my transfer and discrimination in Three Rivers from the Federal Bureau of Prisons in Washington, D.C. on 10/9/07. Exhibit # 1 are copies that I exhausted all BOP remedies regarding this matter.

I also ask that no retaliatory tactics be used agaisnt me for filing this petition by Three Rivers - FCI.
It is widely known throughout the system that when many remedies or petitions as this are filed the prison transfers the inmate or places them on what's called "diesel therapy" transferring them from one place to another to avoid responding to this or attempting to render it moot.

I ask that if they do any of that, that I proceed with my petition to recieve justice unless they place me in a camp prison in my region and stop the discriminatory treatment and the living hell they are putting me through.

I declare under penalty of perjury that the foregoing is true and correct.

11/13/07
Date

Signature of Petitioner

```
  MILSV  606.00 *       MALE CUSTODY CLASSIFICATION FORM      *      06-25-2007
PAGE 001 OF 001                                                      09:17:12
                                (A) IDENTIFYING DATA
REG NO..: 31943-039                 FORM DATE: 12-31-2006          ORG: MIL
NAME....: JEBRIL, AHMAD MUSA
                                         MGTV: NONE
PUB SFTY: NONE                           MVED:
                                 (B) BASE SCORING
DETAINER: (0) NONE                  SEVERITY.......: (3) MODERATE
MOS REL.: 35                        CRIM HIST SCORE: (02) 2 POINTS
ESCAPES.: (0) NONE                  VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A                   AGE CATEGORY...: (4) 25 THROUGH 35
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                                (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%         PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (1) AVERAGE       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE          FAMILY/COMMUN..: (4) GOOD

                           --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+9   +16     -1        +8       MINIMUM       N/A           IN     DECREASE

G5149      INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

See this

Custody level on 6/25/07 while I was in the SHU (8 points) went down because my age turned 36 and time served is less " So I got 4 points.

Ahmad Jebril #31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071




United States Courts
Southern District of Texas
FILED

NOV 19 2007

Michael N. Milby, Clerk of Court

CLERK OF THE COURT
SOUTHERN DISTRICT COURT
1133 N. Shoreline Dr.
Corpus Christi, TX 78401

Legal Mail