United States Courts
Southern District of Texas
FILED

NOV 19 2007

Michael N. Milby, Clerk of Court

Clerk of The Court
Southern District Court
1133 N. Shoreline Dr.
Corpus Christi, TX 78401

Dear Court Clerk:

Enclosed please find the following:
1) 3 copies of a §2241 petition "Habeas Corpus" please return a copy to me stamped (filed) in the enclosed self-addressed stamped envelope.

2) Also enclosed are 4 exhibits:
Exhibit #1: Copies of informal and formal remedies as proof that I exhausted all Federal BOP remedies.
Exhibit #2: A detailed letter documenting what transpired between me and Chaplain Mukhtar Curtis of Milan FCI that sparked this transfer and mistreatment I undergo.
Exhibit #3: A letter to Warden Joslin of Three Rivers - TX where I'm currently serving time regarding mistreatment by his staff only 2 weeks after my arrival. The letter solved nothing but only made matters worse.
Exhibit #4: Memorandum in support of petition.

As to the $5 fee. Since I'm an inmate and unable to send it my wife has sent it on 11/13/07 and called you numerous times to make sure that she is sending the $5 fee while I will send the peition from prison in seperate envelopes from 2 seperate locations. She was informed it was ok to do so and to make a note of it in her letter to you and in my letter to you.

I appreciate your help in this matter.

Sincerely,

Ahmad Jebril
Inmate # 31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071