Exhibit #2

This brief is a summary of what occurred in Milan federal prison between myself and the Official chaplain there (Imam Mukhtar Curtis).

I'm currently an inmate at Three Rivers - TX Federal Correctional Institute after being transferred from Milan FCI.

My father inmate (Musa Jebril #31942-039) and myself have been convicted on <u>fraud charges</u>. I have an additional jury tampering charges.

This letter relates to radicalization of inmates in Milan Prison by the official prison chaplain named Mukhtar Curtis.

As to my background I'm a Muslim from parents born in Jordan who have been in the U.S.A. in Dearborn, Michigan for over 40 years. I studied and graduated from the Islamic University in Medina - Saudi Arabia. I then attended and graduated from Law School with an L.L.M. (masters of Law) from Wayne State University. <u>I was born in Dearborn, Michigan.</u>

The Islamic University I attended is a (Wahabi/Salafi) school and I have an extensive background in studying under all major Salafi/Wahabi reference scholars of this age. There is not a single referance of Wahabi school that I have not read or studied.

Upon entering prison I have come to realize that radical/extreme Islam is more dangerous to Islam than it is to anyone else. My ideological transformation is a long story and not the result of prison itself but circumstances in meeting people, reading, and careful thinking.

In March of 2006 I was admitted to Milan's prison. The moment I entered the compund I was greeted by Muslims and asked to be their teacher and preacher.

The Chaplain (Imam Curtis) insisted I do the teachings which were two classes and the Friday sermon based on the inmates request and his desire. The meetings were all conducted in the monitored rooms and were recorded by the chaplain.

During my stay there and teachings there I discovered that Imam Curtis is promoting the most radical brand of Islam.

On or about Sept. 22, 2006 I had a heated discussion with Imam Curtis and told him that I will withdraw to myself and will no longer be part of the Muslim community in Milan.

Between March of 2006 and Sept. of 2006 it became apparent how radical Imam Curtis is and that's based on the following information:

1) Prior to March 2006 I was in the detention center of Milan and I found several video tapes on titled (Beware of the American Holidays) by a Shiekh called Abdul Hakeem Quick with images on the cover bashing a Christmas tree, pumkins....etc.

I took the tape to my cell and when Imam Curtis's co-chaplain (Sister Pat) came in I handed it to her and told her this is inappropriate to be here. She looked at it and agreed. She must of told Chaplain Curtis who came in raging and fuming telling me not to ever talk to tha infidel Sister Pat because she wants his job according to him. I did not understand his rage or personality.

At a later point I told him of other videos by Imam Siraj Wahhaj who promoted hatred and even violence in at least two of them against Jews, yet Imam Curtis did not do anything. In fact he approved of them and their topics.

2) My best freind in the detention center was a Jew by the name of (Elijah), we grew to be strong freinds and our families in the outside world met and exchanged gifts. Imam Curtis always deterred me from befreinding Jews.

3) After I went to the prison and became a teacher around March of 2006 it became apparent that Imam Curtis purposely promotes radical Islam and those videos and his comments among other things are not random mistakes but purposely placed there.

**In the audio library of Milan's FCI is a series of audio for anyone to check out called (THE LIFE OF ABU BAKER) by ANWAR AWLAKI!!!!**
a) The tapes were brought in while I was there around June of 2006 after it was apparent who AWLAKI is and Imam Curtis knew exactly who he was.

b) **ANWAR AWLAKI as you know is wanted in connection with 9/11! One of the suicide murderers of 9/11 always attended his classes.** That should be enough not to promote his tapes especially in prison regardless of what he says in those particular ones.

c) What's more outrageous is that the tapes talk about Abu Baker the #1 man after the Prophet Muhammed! But in them is radical jihadic stories and talk that make a Muslim influenced by them a ticking time bomb eager to become a suicide murderer, or a militant to fight Jews and Christians.

4) In Imam Curtis's offices and right behind his back on the shelv is an Arabic encyclopedia like series called (AL-FATAWA) by the famous Salafi scholar from 7 centuries ago called (IBN TAIMIEH). He has several copies of the 28 volume set throughout the prison. Ibn Taimieh is considered the father of Salafisum who is the author of this 28 volume set.

The rulings in them are what Ibn Ladin and Zawahri as well as most terrorists use to back their terrorisum in the name of Islam, because he justifies killing innocent people even Muslims let alone non-Muslims and for some reason Ibn Taimieh has credibility among the ignorant masses of the Muslims.
There is abount 3 volumes on Jihad and many volumes dedicated to how Muslims must seperate themselves from others.....etc.

This is **right behind his back!! The offical BOP chaplain!!**

5) Behind his back as well until 12/11/06 when I was placed in the

-2-

SHU/Hole was also numerous blue copies of a book called (MILESTONES) by (SAYYID QUTUB).

    a) This book is considered by all experts on radical Islam the seed that sparked AL-QAEDA and terrorist groups of our time. In fact its the most dangerous book on radiclizing Muslims.

It's the terrorist spiritual manifesto! Stamped US BOP MILAN FCI!!! PROPERTY!!
What could Ibn Ladin wish for more than a US head Chaplain spreading the MILESTONES paid for by USA funds!!

    b) When I initiated teaching (the Sat. classes) I taught physical purification for prayers as well as prayer, the initial years of the Prophet Muhammads life and the attributes of Allah. Imam Curtis asked me to teach Milestones for Qutub instead of what I teach and I refused.

Having those books are not random mistakes he is promoting the most radical brand of Islam there — PURPOSELY!

    6) An Inamte On Sept 2006 named Anthony Robinson, inmate # 49759-004, he is a white inamte who is a recent convert to Islam and goes by the name (Muqsit). Anthony Robinson approached me with the book (MILESTONES) by Qutub and was on about p. 23 and told me I've been reading this book what do you think about it?

I read that book back in 1989 and was suprised to see it with him in prison!! I asked how did you get it?
He said I asked Imam Curtis to give me something very good to study and he gave me this. I skimmed through the book and found it stamped US BOP Chaplain property in diffemt pages of the book.

I took the book from inmate Robinson and told him not to read it. When he kept asking for it I again brushed him off and did not return it to him but gave him some moderate Islamic Newspapers instead!

<u>I KNOW WHERE THE BOOK IS TO THIS DAY IN MILAN AND IT"S STORED FOR EVIDENCE!!</u> If you need it let me know!!!

In Sept 2006 it was Ramadan and after breaking our fast I asked Imam Curtis to sit on the side with me and I asked him why are you passing out books like Milestones and even encouraging inamtes to read them while you know they inspire people to join Al-Qaeda when they leave prison.

He said <u>there</u> <u>is</u> <u>nothing</u> <u>wrong</u> <u>with</u> <u>that</u> <u>book</u> <u>and</u> <u>I</u> <u>read</u> <u>it!</u>

After this heated conversation I told him your Wahabi/Salafi books are dangerous and there is one more Friday to Ramadan I'll give that last one and finish the nightly prayers and after that I don't want to be part of your radical Muslim community.

He begged me to stay claiming he's going out of town and needs me to lead Friday prayers for two more weeks but I refused.

    7) He runs the prison by 4-5 radical inmates who he informes everything and are hard line gangsters who get incentives and even lie or do anything he tells them!

8) Between March 2006 and Sept 2006 there was also several conversations where I told him his close intimate Shia inamtes are promoting Hizbuallah during the 34 day war and some went on to collect donations for them through outside relatives.

Like Awlaki's tapes, Milestones and others he thought it was good and nothing wrong with it.

In fact his close friend inmate Muhammed Khalief who got into numerous problems with other inmates and ran to Imam Curtis to defend him. Rather than take the matter to the C.O.'s, lieutentants or captain to solve the matter the right way. Imam Curtis sent one of his shura member inmates who he runs the prison with to fight the other inmate and put him in check defending Khalief. Once it was regarding an inmate who approached Khalief for sex and another time one who was extorting him.

Inmate Nabhan Isa who is wealthy was talking to Khalief who had convinced him to donate money to Hizbullah through Khalief's brother (SALEEM Khalief). Inmate Isa was to send his wife on one of her visits to Milan, MI from Chicago to meet Saleem Khalief and give him $3000 to go to Hizbuallah. Isa a Sunni Palestinean was sympathetic to Hizbuallah because of the ongoing 34 day war which Khalief convinced the compund of Muslims are rightous warriors and the angels have been spotted fighting with them according to Jewish papers.

I was against Hizbuallah for many reasons and stood firm against them. When Isa approached me to tell me of the money he plans to send through the Khalief's I tried and pleaded he not do that! I then informed Imam Curtis in front of Isa to help me sway Isa from doing this!! However, Imam Curtis encouraged Isa and praised Mohammed Khalief and Hizbuallah.

I do not know what happened after that because Imam Curtis had told them to keep it confidential and secretive of me.

9) There were other booklets like the (TEN NEGATORS of Islam) by no other than the founder of Wahabisum (Muhammad Bin Abdelwahab). More amazing is that the USA asked the Saudi officials to take the negators out of their school curriculum because it's one of the things that breeds radicals and terrorists. YET here in Milan Michigan FCI it's bought and paid for by US funds and passed out inside a USA prison by a chaplain paid for by USA funds.

There was similar talk that I had with Curtis regarding statements like (USA HATES ISLAM) (USA IS PUTTING THE BEST OF THE BEST IN PRISONS) (USA PUT THE BEST SCHOLAR AND MY FREIND -according to Curtis-Ali Tamimi in prison) (USA IS A CRUSADER).....etc and other similar statements.

10) After Sept of 2006 I shun the Muslims for reasons here and due to his obsession in being the leader enforcing his ideas.

From Sept 2006 to Dec. 11, 2006 I wrote Curtis three official cop-outs asking for monitored class rooms independant of his influence except for his monitoring! I specifically have in them I want them to be INTERFAITH for Christians and Jews to bridge the gaps and seek brotherhood among all faiths and sects.

On 12/10/06 after getting my 3rd cop-out he had his gang of thugs who he calls his (shura) or (counsel) escort me forcefully from the yard where I was speaking to inmate (Thomas Valerie) to his office where he was outraged at a few things mainly how I wrote three cop-outs he had on his desk and how dare I ask for interfaith with Jews and Christians splitting the Sunni community in prison. He was fuming in anger telling me I need to declare myself non-Sunni Muslim for asking for interfaith gatherings with non-Muslims because according to him that is against Islam!

Being against interfaith meetings to help understand other faiths and bridging the gaps is against radical/extremist Muslims beleif.

**Why not ask Imam Curtis to provide you with the three cop-outs that were the issue of our heated conversation the day before he sent me to the SHU/Hole!?!**
I ask for interfaith meetings yet get branded a radical, get sent to the HOLE and now taken to a higher security prison 35 hours away from my family!
Yet Imam Curtis who opposes interfaith meetings and was upset at me for asking for such meetings is deemed a moderate working for the US BOP!?!
The cop-outs I sent were before any investigation occured and they specify multi-faith meetings. That is my true and sincere beleif.

  11) On 12/11/06 my father who had absolutely no activities on the compound and I were placed in the (hole/Special housing unit/solitary) because Imam Curtis did a pre-emptive strike and wrote a memo of nothing but lies to cover up for himself!

What is clearly outrageous and shows the SIS and anyone else who investigated this is biased and trying to cover up that they have an officail US BOP promoting AL-Qaeda and radical Islam is that from March of 2006 TO Sept. of 2006 when I was teaching in monitered rooms I was never investigated because he monitered them and told me he records my classes and speeches.

Yet from Spet 2006 to Dec. 10, 2006 when I did absolutely no teachings but ask for independant monitored interfaith classes (independant of Chaplain Curtis's radical influence) I was placed in the Hole under investigation.

**THE HOLE IS THE PRICE I PAY FOR STANDING UP AGAISNT A RADICAL!**

     What also needs to be noted is that from March of 2006 to Dec. of 2006 I sent numerous letters to my attorney of what Imam Curtis was doing and asking him to inform my prosecutor or the government to let me wear a wire or a recording device to hear what Chaplain Curtis promotes.

On one occasion my attorney informed me the government is not interest to hear from me.

Also, on 2/28/07 we were before Judge Gerald Rosen and my attorney Richar Lustig stated on record that he was getting mail from me that is specified as "privilged - attorney client" yet it's open with no letters in them!!!

- 5 -

I assume that Imam Curtis had his freinds in the mailroom track my letters and that's why he did the pre-emptive strike to attempt to declare my father and I radicals to cover up for himself making it appear as though he is moderate and to cover himself of what I was writting to my attorney about his activities.

In a letter in June of 2006 I asked my attorney while I was still in apparent good terms with Curtis to get the government to let me wear a wire or allow me a recorder to hear what he says about Zarqawi, Ibn Ladin, Hizbuallah group and others of praise among other things and what he really says about the USA. At that point I really did not want nothing in return for this from the government.

Imam Curtis is obsessed with everything I do like a child. A week before he put us in the hole I left the prison on a writ to take a plea on my 2nd jury tampering charge. After getting back everyone told me Imam Curtis was like a nut running around trying to figure out where you went asking both staff and inmates. He confided in inmate Yousif that he thinks I went before a grand jury to testify against him because he's a real Muslim.

I did meet with my prosecuter and agent after I eagerly sought so to let them hear some of what's in this letter of my side of the story after I was under SIS investigation. I was later told by my attorney that they informed him there is no evidence and when I wrote to him some of what is in this letter based on their request as he claimed he said they responded by saying they don't care about this stuff and that my prosecutor hates me so much and will only get information out of me and not give anything in return as she has done to his other clients in the past -as Lustig claims-.

What must be kept in mind is that I DID NOT mention conversations we had where he was crying over the death of the martyr of our time Zarqawi, according to him. Nor did I mention how he asked me to lead a prayer for the dead Zarqawi after I finish the Friday prayer which I of course refused to do!!

WHAT I DID mention are matters with 100% solid proof and evidence that does nor require my credibility because I know I lack it as a felon in prison.

They can go to the library in the chapel of Milan's FCI and see Anwar Awlaki's tapes. In his office are more of his tapes!! If he concealed them inmates who work in the chapel library or others who I know were addicted to listening to them will testify the tapes were there.

I can inform you how to obtain the book MILESTONES that he gave to inmate Robinson with the US BOP - Milan stamp on it!

They can ask inmate Robinson how eagerly Imam Curtis wanted him to study Milestones by Qutub.

Another issue brought up was books I had in my posession that ignorant agents like SIS agent Webber, and his captain Jodi claimed are radical. As the saying goes they should never judge a book by it's cover.

-6-

Every single book I had was anti-radical unlike what Curtis promotes which are 100% radical.

Every single book was sent to me through Amazon.com a known seller even though Milan allows books in directly from family and I have the reciept for every one of them.

    a) The first book is (The Looming Tower and the Road to 9/11 by Wright Lawrence).
I must admit the title to illterate ignorants who can't flip the pages to read it like the SIS of Milan and anyone else who was invovled in the investigation is scary.

However this book is a news oriented book and Lawrence made sure to expose Al Qaeda.

In fact I recall in it's first chapters it was talking about the danger of MILESTONES!!! THE BOOK CURTIS passes out and wants taught!

But because there is so much justice my anti-Milestones book is labeled radical yet Imam Curtis's Milestones is appropriate!

This is scary in that ignornat idiots who can't read the book or it's summary consider it dangerous yet  Milestones get's passed out by BOP official.
If these are investigators resposible for the security of this country then may the LORD protect this country because they sure do not know what on earth they are doing compromising the security of this country.

    b) The 2nd book is (From Secular to Jihad).
This book talks about Qutub and shows how dangerous he is.

*I offered both of the these books to Curtis to show him how dangerous what he passes out is and he refused to take them.

    c) (Inside Al-Qaeda).
Again this book has a scary title for illiterate investigators who judge a book by it's cover.
If they bothered to read the continuation of the title on the following title pages in small letters it would of said(How I infiltrated the World's Deadliest Terrorist Organization)

This book exposes Al-Qaeda in depth.
The author had plenty of hatred in speaking about a terrorist group he infiltrated while he was reporting about them.

    d) (The Road to Al-Qaeda).
This is also a scary title especially when the illiterate investigators probably seen the photos of Ibn Ladin and his right hand man on the cover.

Again had they read the little print the title would of went on to say (The Story of Ibn LAdins Right Hand Man.

The author is an attorney in Egypt named Muntasir Al-Zayyat. He was a radical in prison with Zawahri(Ibn Ladin's right hand man) in the 70's. He turned moderate and exposed his old freind.

The author helped the Egyptian government sign a treaty with Jihadist and helped modernize the Jihadi movement in Egypt and got them to turn their weapons in and gave information on others who were arrested.

The book was pulled off the market in Egypt in Arabic because Zawahri(Ibn Ladins right hand man threatened this author and his family). The book is now only available in English!

Basically the book exposes Al-Zawahri.

    e) (State of Denial - Bush at War`by Bob Woodward).
This is a news oriented book a top seller in the USA by one of the most famous journalists in America Bob Woodward.

    f) (Mein Kempf? by Hitler)
I had Hitler's famous book and this was the only book I took from Milan's library. This is the only book that I did not own.

I took it from the library to read it. I still have not done so but I certainly plan to read it.

Anyone knows what Hitler stands for and knows that the ideology of Hitler and that of Islam are like oil and water they do not mix.

    This is what happened in Milan FCI. I stood agaisnt a radical and it costed me 8 months in the hole and instead of being rewarded or thanked I got transfered from a low security prison 20 minutes from home to a higher security(medium high) that's very dangerous and is 35 hours away from home.

Had I not opposed the radical extremist BOP official chaplain I would still be 20 minutes from home enjoying family visits and on my way to a camp because my custody level points are very low(4 points).

    My father and I also went an extreme wave of taunting, discrimination and harassment by the C.O's in Milan as well as the captain herself and the chaplain Curtis among others while we were in the SHU in Milan. We were called terrorists; that we don't deserve nothing; I was at time deprived of even food among a varity of other tactics they used on us.

    After my transfer to Three Rivers, TX - FCI is still undergo similar harassment, bullying, discrimination and targeting by the great vast majority of the staff here.

    Sometimes I wonder was standing up to Curtis the right thing to do?
It has costed me dearly and had it not been my beleif that radicals and terrorist sympathizers like Curtis are dangerous to my country I would of regretted it, but I did it out of conviction and belief in that was he was doing was wrong and that brings me peace.

                                        Sincerely,
                                        Ahmad Jebril #31943-039
                                        Federal Correctional Institution
                                        P O Box 4200
                                        Three Rivers, TX 78071

-8-