Exhibit #3

①

8/31/07

Dear Warden of Three Rivers F.C.I.
Mr. Dan Joslin:
     I've been on this compound for approxamately
2 weeks and I've been harrassed and discriminated
against by nearly the entire staff with the exception
of a few.
I know I'm an inmate and would like to be treated
as a regular inmate born in Detroit, MI - USA.

Here are just some of the issues I need resolved
and looked into:

① my first day on the compound, my first breakfast
8/14/07
and meal on the compound a c.o. in the chow hall asked
me for my ID. Moments after getting into the unit at
around 7.30am a c.o. told me hang up and go to the lieutenants
office.
When I arrived there I was told I belong in the
SHU and to wait outside until they call me. I waited
in the hot sun until 10:30am then was told to go
back to the unit I'm not going to the SHU yet.
(Your staff is eager to have me in the SHU from before my arrival)

② On Sat. 8/25/07 at approx. 8.30pm walking back to
the yard I bumped into a muslim I seen in Friday
services. I gave him Islamic greetings and continued
to walk next to him when we reached L.O. Unit he turned
right to L.O.B. and I turned left to L.O.A.
The next evening the muslim inmate approached me
telling me after count the C.O. (mexican who works
L.O.B. edenings 4-11pm on Sat, Sun, Thurs...) pulled him out

of the cell and informed him (that he likes him) and to (stay away from me because I'm bad news).

He told another inmate that I'm a (terrorist) and to keep away

③ On Sun 8/26/07 after Dinner at 6:00 pm a C.O. who I was told is a lieutenant stoped me, searched me and told me to hold my arms out in a stretched out position, I did so.

He found 3 pages dated that same day printed off the internet. As he investigated them I droped my hands because I got tired. who looks like a male

He asked a female c.o. and others next to him if I was allowed to have internet papers.

Then asked them how I got it?

Then told me to put my hands up (Did I tell you To put them down) as I put them down to rest them.

He was talking belligerantly and in a disrespectful way Then after the disrespectful manner and rudeness he asked where I got access to the internet.

I said I was just in Chaplains Noble's office and she printed them for me. (Names of ~~testimony~~ videos she ordered)

I don't mind the search as I'm always a target for that but why be rude, disrespectful and why hold my arms out while he investigates the papers.

I thought holding the arms out in that manner for prolonged periods of time was only done in ABU GHRAIB Iraq Prison,

④ I'm always targeted for searches more than possibly any other inmate.

②

⑤ I've been to the yard in the late evening about 5 times. They stopped me to take the alcohol test 3 times at the 8:30 pm move.
Check the logs on it.
The only 2 times I was <u>not</u> stoped there was no alcohol testing set-up.
3 out of 3! That's <u>RANDOM</u>.

⑥ I been treated and harrassed in many different ways which I can give details to, that's due to a briefing about me by higher authority possibly the captain or you.
It's not random how I've been treated and It's not random every C.O. here knows my name,

⑦ On Thurs. 8/30/07 around 12:00 pm I walked into chow and a staff wearing blue trousers and dress-up shirt followed me till I sat. Then he leand back on the wall listening to the conversation. I sat with 3 other black inmates that I don't know. One (who I can identify if I see him again) said brother why is that man starring you down since you walked in, and following and listening? I said (I don't know)!!
When I finished and walked out he said (Hey, why is your pants cuffed up?)
I replied (For religious reasons I can't wear pants under my ankle) rudely
He replied (I don't belive you)
I said (I don't care what you believe)
He said (I'll check with the chaplain)

⑥ I stepped outside the chow hall then inside to get his name tag he was not wearing one.
I observed 3 inmates 1 black and 2 mexicans walk with cuffed up pants as he stood there not telling one of them a single word. Your cuffed up pants rull only applies to me because I'm the only one with a religious reason.

⑧ On 8/31/07 I decided to tell the warden (You) as I was speaking to you that staff rudely interrupted us with a sheet of paper (saying inmates must wear their pants below the ankle).
You got hostile and ordered me to violate my religion and uncuff my pants.
I asked you to talk to you.
You said you will not talk to me unless I uncuff my pants, after I told you I can't wear anything below my ankles for religious reasons.
You ordered me again to (sit at the table and uncuff them)
You made me violate my religion!

You may have a policy but just like no one can wear hats there is exemptions for religious kufis; exemptions of policy for common fare meals; exemptions during ramadan for religious rituals....etc. there is an exemption to allow me to keep my pants uncuffed!!. or above the ankle.

I asked that laundry shorten them to the ankle but you did not compromise nor would you permit me to turn them inwards where cuffing wont show.
Other inmates walk as we spoke with cuffed pants but neither of you said a word to them.
You made me violate my religion and I will hold you accountable for this (legally),

③

I went to the library and even though it lacks Islamic books but for about 7 or 8. I found the most authentic hadith source of Islamic legislation that indica a muslim must wear his pants above the ankle. (Enclosed is p. 397 of Sahih Muslim; Stamped property o F.C.I Three Rivers m-15 Chapel vol III B)

⑧ Inmates I don't know ~~said (the~~ approached me and said (The tall A+W went to their units asking if I attend service on Friday and what I do in them)
He was a bit too ignorant to realize he was asking Nation of Islam members not sunni who I'm
Why is he asking? Isnt ther enough cameras to see what I'm doing?
Why is he arising the suspicion of inmates.

⑨ On Mon. 8/27/07 at 9:00am I had a call out for property, and in A+O they informed us to bring bags.
I asked LOA (my unit) c.o. for a army bag he had to get my stuff.
He told me I'll give you one to pack up and get you to the hole. (easer staff that want me in the SHU)
Property C.O. was kind enough to loan me an army bag and as in A+O told me I should have brought one in.
I then asked the C.O. at 10:30am for to let paper. We had none.
He smurked and said Counselor give that not me.
Our counselor was off and we had no toilet paper.
I then ~~seen~~ seen an inmate with 2 rolls; I asked how h got it, he said from the same C.O. who denied me.

## Warden

I have a white collar non-violent case, there is not a single inmate on your compound that has a crime as petty and non-violent as my (Fraud - Jury) Tampering case. ~~no record of ~~

There is no one on your compound that has a less custody levels than me. I got 4 custody level points.

I was never informed ^the details why I got transferred from a low - 20 minutes from home, to 35 hours away to a high medium with 4 camp points!

I demand a hearing so I can know what I did and give my side of the story.

I'm NOT a terrorist! if I was I would not be afraid to say it, but I'm not aRadical, Nor an extremist Nor a terrorist!
I'm against that.

I'm not a coward to hide my faith, I will stand up for what I believe as in the pants issue! If I was a terrorist I would say so, you people don't scare me with your illegal, harrassing and discriminatory tactics, BUT I'M NOT A TERRORIST!!!

I'm against radicals, extremist, and terrorists. I stood against a muslim chaplain in Milan because he was promoting radical books & tapes. So he lied and placed me in SIS I can prove this 100% but no one even asked me or told me anything. If you like to hear my side I can explain it



There are many other petty instances of C.O. harassement I don't want to make this any longer for you.

I appreciate a response so I can follow up with regional and general councel if this is not resolved.

Again I kindly ask every point be looked into and I be transferred to a camp near home.

In the meantime I will minimize going to your chow hall and depend more on my locker food unless I have to go to avoid you and your staff ordering me to violate my religion and to minimize exposure to your staff so they will not harrass, bully and discriminat against me.
You are legally responsible for this.

I'm not the type to disobey any of your rules, I've been down 3 years with only one 300 series phone shot, which was a error I did by mistaking my pac# with my dad's and using it. I want to and will obey all rules but I will not let my rights violated!

Thank You for reading this and I hope I will have justice through you.

Sincerely

Ahmad Jebril
31943-039

For the record!

P.S. ① If this is your staff's attitude towards me what are you all going to do to me if god forbid I unintentio[nally] make a mistake!!



② For your informate I don't know any Muslim personally. I don't know any one of their names. I greet the ones I see Islam... Islamically and that's th... If I can't talk or greet certain inmates or so to services let me know. I will not disobey

③ On Sun, 8/26/07 at 4:45 pm I had a talk with chaplan Nable and she answered concerns I had and was extremely helpful.

④