CLERK
U S District Court
Southern District of Texas
1133 N. Shoreline, Room 208
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

NOV 21 2007

Michael N. Milby, Clerk of Court

11/17/07

RE CASE #: CA-C-07-436

The purpose of this letter is to clear errors regarding the above case #.

1) On 11/5/07 I sent a 2 page typed letter dated that day requesting an attorney be appointed to help me file a §2241 petition.
I stated briefly my issue(s) with the prison.
I later received a request for $5 §2241 fee and a Judge and Case # were assigned to that §2241 petition.

That was NOT a §2241. It was merely a letter requesting for an attorney to help me file one which I recieved a denial on.

2) On 11/15/07 I sent in a yellow large 8.5 x 11 envelope that contains my official §2241 petition which states on it "**Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241**", along with that was a letter to the clerk listing all enclosed exhibits and 3 copies of the §2241 petition, and a prepaid envelope.
That is my official §2241 petition and exhibits.

The 11/5/07 letter was merely a letter to request an attorney and <u>I ask that it be kept on file along with my official §2241 petition</u> and its enclosed exhibits.

What happened was I recieved numerous letters on 11/14/07 and 11/16/07.
On 11/14/07 I received one letter stating my request for an appointed counsel was denied. So on 11/15/07 I mailed in my official §2241 Application for a federal Writ of Habeas Corpus which I had prepared awaiting a response on the attorney matter before sending it in.

On 11/16/07 I received other letters that I owe $5 for the petition and that a Judge and Case # were assigned to my letter. I then figured that my letter requesting an attorney was thought to be the official §2241, because the letters were dated 11/9/07 and at that time you had only received my request for an attorney and not the §2241 petition.

I'm sure you will probably correct this matter on your own but I wanted to officially let you know.

3) As to the $5 fee, my wife has contacted your office numerous times to let you know that she will be sending it from her address since I'm unable to do so due to my incarceration and financial status.

Please keep me posted on my case and let me know if my case # and/or judge change due to the error that occured.

Thank you very much for your help and cooperation.
Sincerely,
Ahmad Jebril
Three Rivers - FCI / Texas

Ahmad Jebril
Inmate # 31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

United States Courts
Southern District of Texas
FILED
NOV 21 2007
Michael N. Milby, Clerk of Court

CLERK OF COURT
United States District Court
Southern District of Texas
1133 North Shoreline, Room 208
Corpus Christi, TX 78401