United States Courts
Southern District of Texas
FILED

DEC 12 2007

Michael N. Milby, Clerk of Court

Clerk of The court
Southern District Court
1133½ N. Shoreline Dr.
Corpus Christi, TX 78401

Case: 2:07 cv 436

Dear Court Clerk:
On 11/13/07 I sent a formal §2241 petition that was returned to me as FILED on 11/19/07.

On 11/29/07 I recieved an order dated 11/9/07 that I need to use a certain type of form.

On 12/1/07 I sent a letter inquiring if there was an overlap in the mail. Because initially I sent a letter asking for an attorney which was construed as a §2241 petition. After it was denied I sent in a §2241 petition with all esential information of general petitions in it.

Enclosed is a form for §2241 that your court provides that I found in our library.
<u>If my §2241 petition is sufficient  that was filed on 11/19/07 then please disregard this!</u>
If my §2241 petition filed on 11/19/07 is not sufficient then please use the enclosed petition.

The reason I'm sending this is because I did not get a response to my questions regarding mail overlapping so I sent this to avoid risking my case being dismissed.

Please keep me informed.

Sincerely,

Ahmad Jebril
#31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Texas__
_____ DIVISION

## § 2241 HABEAS CORPUS PETITION FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241
## OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

United States Courts
Southern District of Texas
FILED

DEC 12 2007

Michael N. Milby, Clerk of Court

__Ahmad Jebril__
_____,
Inmate/Alien # __31943-039__.

__P O Box 4200__
__Three Rivers, TX 78071__

__Three Rivers - Federal Correctional Institution__

(Enter full name of Petitioner,
prison number or alien [A] number, if applicable,
AND address of place of confinement.)

vs.
__Dan Joslin__ (Warden of Three Rivers FCI)

CASE NO: __2:07cv436__
(To be assigned by Clerk)

__Joseph Higgerson__ (Captain of Three Rivers FCI),

__C. Eichenlaub__ (Warden of Milan FCI - Michigan)

~~Mukhtar Curtis~~ ~~(Head Chaplain~~ of Milan FCI - Michigan)

~~Jodi Bradly~~ ~~(Captain of Milan~~ FCI - Milan, Michigan)

(Enter name and title of each Respondent.
If additional space is required, use the blank
area below and directly to the right.)

### ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM

10 PAGES TOTAL
PAGE 1 of Pages 10

## ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):

    (a). ☐ a conviction
    (b). ☐ a sentence
    (c) ☐ prison disciplinary action or other action resulting in lost gain time credits
    (d). ☐ parole
    (e). ☐ immigration/removal
    (f). **XX** other (explain): **Prison transfer and severe prison conditions in higher security prison**

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a). Name(s) and location(s) of court: **United States District court for Eastern District in Detroit, Michigan**

    (b) Case Number(s): **05-CR-80175-DT-02 and 03-80810-01**

    (c). Charge(s) for which you were convicted: **Fraud and jury tampering**

    (d). What was your plea? (Check one)
    (1) Not Guilty  **XX**
    (2) Guilty  ☐
    (3) Nolo contendere  ☐

    (e) Did you appeal from the judgment of conviction?   Yes **X**   No ☐

3. If you did appeal, answer the following:

    (a) Name of Court: **Sixth Circuit Court of Appeals**   Case #: **06-1139**

    (b) Result: **Pending**

    (c) Date of opinion and mandate (citation, if known): _____

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

    (a) Have you filed a motion under 28 U.S.C. § 2255?
       Yes ☐    No **XX**
    If yes, please provide the case #, where filed, relevant date(s), and the results: _____

2

(b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _____

N/A

_____

_____

_____

_____

5. Are you currently represented by counsel in this case or in any other court case?

Yes ☒   No ☐   **Attorney Thomas F. Goeke, Jr. in Covington, KY.**
If yes, please explain:

6. If this case concerns removal proceedings:
   (a) Date of final order of removal: _____

   (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

7. In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts

(a). Ground one: **I was held illegally in a SHU-Hole (solitary) for 8 months and to this day I was not informed why. This was in Milan - MI. Please See P. 7 for specifics of claim(grounds & facts)**

_____

_____

Supporting FACTS (state *briefly* without citing cases or law) **I was deprived of rights that serve nothing but to make my imprisonment burdensom than law permits without an elementary due process.**

_____

_____

_____

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☒   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:

**See Exhibit 1 for copies of documents that I exhausted my remedies. They claimed I was under SIS investigation.**

3

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐    No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(b) Ground two: **I was transfered from Milan - Michigan 20 minutes from my house to a much higher security prison (Three Rivers - FCI in TX over 35 hours from my region. Please see P. 7 for specifics of claim (grounds and facts)**

Supporting FACTS (state *briefly* without citing cases or law): **They moved me after taking me out of the SHU. This transfer is unjutified. They placed a mangement variable to deprive me of going to a camp. My points now are at a cam level. Others with my custody points are in camps but they chose to discriminate against me and make my imprisonment as difficult as they can. I'm in a medium prison which endangers my life because I'm not affiliated with gangs nor am I at the level of inmates here. They also deprived my family of seeing me. My ill mother can by no means travel 35 hours nor can she afford it.**

Exhaustion:

[1] - Have you presented ground two to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
    Yes ☒    No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals:
**See Exhibit 1 of all documentation my me exhausting the administrativ remedy proceeding. They basically said it's up to the warden to do as he wants.**

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground two to the Board of Immigration Appeals?    Yes ☐    No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(c). Ground three: **In my stay in Milans SHU while under investigation and after I was transferred to Three Rivers- TX where I currently am I've been trated in the worst manner an inmate can be treated. I've been harassed, bullied, targetted and discriminated against in different ways and means. Please see P. 7 for Specifics of claim(grounds and facts)**

4

Supporting FACTS (state *briefly* without citing cases or law) __**This is discrimination violation of my rights and more so violation of human rights.**__

Exhaustion:
[1] - Have you presented ground three to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☒   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s)  Include any appeals:

**See Exhibit #1.  They did not take time to investigate my situation instead they referred everything back to the rights of the Warden where I'm held.**

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground three to the Board of Immigration Appeals?   Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). _____

(d). Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

Exhaustion:
[1] - Have you presented ground four to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
   Yes ☐   No ☐

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

**Ahmad Jebril**
Inmate # 31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

v.

**Dan Joslin** (Warden of Three Rivers Federal
Correctional Institution - Texas)
**Joseph Higgerson** (Captain of Three Rivers
Federal Correctional Institution - Texas)
**C. Eichenlaub** (Warden of Milan Federal
Correctional Institution in Michigan)
**Mukhtar Curtis** (Head Chaplain of Milan
Federal Correctional Institution in Michigan)
**Jodi Bradly** (Captain of Milan Federal Correctional
Institution in Milan, Michigan)

Application For Federal Writ
Of Habeas Corpus Under 28 U.S.C. § 2241

**PLACE OF CONFINEMENT:**
I'm currently an inmate at Three Rivers Federal Correctional
Institution in Three Rivers - Texas.

**NAME AND LOCATION OF COURT WHICH ENTERED CURRENT CONVICTION:**
I was convicted in the United States District Court for Eastern
District Court of Michigan.
Docket #: 05-Cr-80175-DT-02 and 03-80810-01.

**BASIS FOR PETITION:**
Basis for this petition relates to prison transfer and prison
condition.

**NAME AND LOCATION OF THE INSTITUTION WHERE THE INCIDENTS AND/OR
EVENTS COMPLAINED OF OCCURED:**
Events originated in Milan. Michigan - FCI and continued on
to Three Rivers - FCI where I'm currently confined and where
the matter is still ongoing.

**COMPLAINTS:**
While serving time in Milan FCI I was taken to the Special Housing
Unit(SHU) for eight months without any due process and then
ordered transferred to Texas, Three Rivers - FCI a much higher
security prison outside my region and far from family. In both
Milan and Three Rivers staff targetted me, bullied me, harassed me
and discriminated agaisnt me.

**GRIEVANCE PROCEDURE:**
On 6/4/07 I filed a request for an informal attempt of an administrative remedy.

PAGE 6

After Counselor and unit manager returned it on 6/5/07 signed "unable to informally resolve", I then filed a request for administrative remedy to the Warden (BP-9) on 6/6/07.
On 6/20/07 Warden Eichenlaub indicated I'm no longer appropriate to be in Milan FCI because he alleges I attempted to organize private religious meetings.

On 6/27/07 I filed an appeal to the regional director (BP-10). I stated more facts and circumstances regarding my transfer and treatment of staff.

On 7/12/07 Regional Director Nally responded "we have reviewed your appeal and determined the Warden's response dated 6/20/07 thoroughly addresses your concerns.

On 8/3/07 I filed an administrative remedy appeal to the central office of the Federal Bureau of Prisons in Washington, D.C.

After I did not receive a response I sent in several letters requesting a response because the response due date of 9/22/07 had passed.

On Oct. 9, 2007 administrator Watts from national inmate appeals responded saying "As noted by the regional Director, based on SIS investigation staff determined you were no longer appropriate for FCI Milan and required greater security".

**SPECIFICS OF CLAIM(grounds, and supporting facts):**
On 12/11/06 in Milan FCI I was escorted to the special housing unit (SHU) along with my father Musa Jebril #31942-039.
We had absolutely no idea why we were taken to the SHU and all the staff refused to inform my why I was taken to the hole other than a notice they gave me stating that I'm under SIS investigation.

I assumed it was related to conversations and issues I discussed with head chaplain of Milan (Mukhtar Curtis) who was promoting the most radical brand of Islam and I have solid proof of that.

I have in a safe place a book he promoted called (MILESTONES by Sayyid QUTUB) considered the spiritual manifesto of the terrorists and the spark that started the radical and terrorist groups of our time. He was personally handing this book out to inmates to study it and read it. It is stamped with US BOP Milan Chapel's property. I HAVE THIS SOLID EVIDENCE IN A SAFE PLACE. This was one of many issues I was against and spoke to him about.
Exhibit #2 has much more details of most of what transpired between me and Chaplain Mukhtar Curtis.
Knowing that and how evil Mr. Curtis is in how he boasters how his memo's destroy anyone and in fact boasters that it was his memos that destoryed father Howard and sister Pat his co-workers for him to become the head chaplain. Knowing all that about him I assumed it was his memo that put us in the SHU resulting in an SIS investigation.

I pleaded with the staff in the SHU to speak to someone about Curtis before he hides evidence of radical material throughout the prison.

PAGE # 7

On 12/14/06 I was finally able to speak to SIS - Agent (WEBBER).
The meeting lasted less than 5 minutes and he had no interest in
what I had to say nor did he officially inform me why I was in the
hole.
After listening to what I informed him about Curtis he only asked
one question regarding 5 books I had in my property that he thought
were radical and accroding to him I should not of had in Milan.
Please see Exhibit #2 for the titles and authors of what Webber
assumed were radical books.

On 1/9/07 I arranged through my attorney to meet with my agent and
Assistant US attorney Ms. Oberg. I informed them of what I know
of Curtis's activities and this was based on my persistent request.
In fact the first words Ms. Oberg said was "we are here at your
invitation what do you want to tell us".

I spent 8 months in Milan's SHU where I was mistreated, bullied,
harassed and taunted by staff there who had been informed that
we are terrorists.

The Captain of Milan FCI Jodi Bradly passed my cell telling a
SHU officer "You should read the last report we got on Jebril's
the terrorists. When he used to see ........ shout Akbar..". The
.... are words I could not make out as she was speaking.

There were times I was deprived of meals and when I asked for it
I was informed by staff that "we don't feed terrorists".

I was not given access to my property as others were and most of my
property was missing. I have filed a $1055 tort claim of missing
property.

There are countless issues like that.

After 8 months in the SHU I was suddenly informed that I will be
transferred to another prison. I was not informed why or where
until I stepped foot in Three Rivers, TX - FCI a medium high prison
over 35 hours away from my region.

My custody level is 4 points which means I'm at a camp level because
anything under 11 points is camp level.
This transfer to a higher security prison was not all they violated
me in but they moved me from my region where I was 20 minutes from
my house to a prison in TX 35 hours from my house.

<u>This transfer to a higher security prison and 35 hours outside my
region</u> is a clear violation of my due process rights because a
management variable was placed on my custody level without a
disciplinary hearing or any type of notice let alone any elementary
procedural due process and this transfer was WITHOUT just cause.

This transfer constitues cruel and unusual punishment and serves no
legitimate regulatory purpose. It is a sanction they imposed on me
that constitutes a SEVERE punishment and the transfer along with
labeling me a "terrorist" as staff warn inmates about me and mistreat
me both in Milan FCI and now here in Three Rivers FCI deprive me
of rights I'm entitled to even in my confinement; deprivation of which

Page 8

<u>of which serves no purpose other than to make my imprisonment more burdensome than law allows and curtails my liberty to greater extent than law permits</u>.

I'm at a medium high prison with inmates of a much higher custody level than me in fact I'm the lowest custody level inmate in the entire prison which is very dangerous because they are all affiliated with groups and gangs and I'm not. They have purposely sought to place me in danger with higher security inmates.

As a result of this transfer my ill mother who never missed a single visit when I was in Milan - FCI is no longer able to visit me due to her health condition as verified in my PSI and due to our financial condition where she could not afford to visit me 35 hours away financially even if her health permitted her.

They could have placed me in a Medium security prison in my region where my mother could visit me but they only sought to inflict harm and punishment that constitues no legitimate regulatory purpose in effective management of correctional insitutions in violations of my rights.

As a result of this transfer I was mistreated in my stay in Milan- SHU and here in Three Rivers TX - FCI staff continue to mistreat me. They bully me, target me, discriminate agaisnt me and harass me in the worst way one can imagine.
Exhibit # 3 is a letter I wrote to Three Rivers FCI warden regarding mistreatment by his staff only two weeks after I arrived here. The letter served no purpose but to make things worse after it.

Matters have gotten so bad by staff targetting me that I no longer step foot in the chow hall so they stepped up harassment by the metal detector/shack area where I must pass.

I was informed that prior to my arrival on Three Rivers compound a memo was sent to every single staff warning about me that resulted in this type of treatment against me. I would like the court to order discovery of that memo.

Staff in Three Rivers TX have been warning other inmates not to talk to me because I'm bad news and/or a terrorist.

I ask that this unjust transfer be heard before your honorable court and I be permitted to a hearing to show that I belong in a camp in my region and also be given time off due to the mistreatment of staff in both Milan and Three Rivers.

I also ask that discovery of all documentation be presented to the court and myself prior to any hearing that was used to order my transfer, label and mistreat me.

I initiated informal and formal remedies in Milan and continued them during my stay in Three Rivers - TX where I received the final response pertaining to my transfer and discrimination in Three Rivers from the Federal Bureau of Prisons in Washington, D.C. on 10/9/07. Exhibit # 1 are copies that I exhausted all BOP remedies regarding this matter.

PAGE # 9

I also ask that no retaliatory tactics be used agaisnt me for filing this petition by Three Rivers - FCI.
It is widely known throughout the system that when many remedies or petitions as this are filed the prison transfers the inmate or places them on what's called "diesel therapy" transferring them from one place to another to avoid responding to this or attempting to render it moot.

I ask that if they do any of that, that I proceed with my petition to recieve justice unless they place me in a camp prison in my region and stop the discriminatory treatment and the living hell they are putting me through.

I declare under penalty of perjury that the foregoing is true and correct.

11/13/07
Date

_____
Signature of Petitioner



Ahmad Jebril
#31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

legal mail

United States Courts
Southern District of Texas
FILED
DEC 12 2007
Michael N. Milby, Clerk of Court

Clerk OF the Court
Southern District Court
1133 N. Shoreline Dr.
Corpus Christi, TX 78401