IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2008

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AHMED JEBRIL § | |
| FED. REG. I.D. 31943-039 § | |
| V. § | C.A. NO. C-07-436 |
| § | |
| UNITED STATES OF AMERICA, ET AL. § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before a United States Magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636(c)(3).

SIGNATURE OF PLAINTIFF(S):     SIGNATURE OF DEFENDANT(S):

_Ahmad Jebril_     _____

_____     _____

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is ordered that this matter is assigned to a United States Magistrate Judge, to conduct all further proceedings, including final judgment.

_____     _____
DATE                                               JANIS GRAHAM JACK
                                                              UNITED STATES DISTRICT JUDGE

2

Ahmad Jebril
#31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

7720841010

Clerk
United States District Court
Southern District of Texas
P O Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

JAN 1 0 2008

Michael N. Milby, Clerk