IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 17 2008

Michael N. Milby, Clerk of Court

Ahmad Jebril  §
 §
v.  §  C. A. NO. C-07-436
 §
United States of America, ET AL.  §

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. §1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1) Plaintiff is unable to afford counsel. I have proceeded in this case in forma pauperis because I'm an indigent inmate.

2) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues invovled in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3) A trial in this case will likely invovle conflicting testimony, and counsel would better enable plaintiff to present evidence and examine witnesses.

4) It is IMPOSSIBLE for me to effectively litigate this case or respond to any motions or requests even at this early stage because the law library where I'm currently held is not updated, where it is updated volumes are missing and volumes have torn out pages which inmates rip out to avoid copying costs among many other issues that will hinder my ability to do any legal research.

For example, when I received a notice for a Spears v. McCotter hearing. I went to look up what type of hearing I'll be having over the phone. When I finally found the volume with the Spears v. McCotter case in it, the pages for that particular case were ripped out.

I also do not have the knowledge in law to know when to respond to certain matters and when not to or how.
I received a memorandaum opinion and order to dismiss certain claims on my case and retain others.
There are certain issues in there I feel needing to respond to, correct others and some issues.
I do not have the slightest idea of how to do it or if I could and if there is a time limit on this.
An attorney is very essential for me at this critical time.

5) In Three Rivers, TX - FCI the staff have been tampering with my legal and personal mail. Mail being sent out or coming to me is greatly delayed, items are taken out of my mail, and sometimes I have been given empty envelopes while other times mail addressed to me or sent out is never taken care of.

I request an attorney for this matter as well so he can stay on the timely filings and me and him/her can stay in contact over the phone so that we will not miss anything.

6) I previously requested an attorney for this case prior to filing it, and I then asked for one in one of our phone hearings and in both requests it was denied.
I know the case is in its initial stage but it has reached a point where it was not fully dismissed and I desperately need an attorney.

Wherefore, Plaintiff requests that the court appoint me any civil rights attorney as soon as possible.

Respectfully Submitted,

Ahmad Jebril #31943-039

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 I mailed by U. S. Postal service the attached paper to:

>Don DeGabrielle
>U S Attorney, SDTX
>910 Travis St. Suite 1500
>P O Box 61129
>Houston, TX 77208

>And

>Clerk
>U S District Court
>1133 N. Shoreline Blvd  Room 208
>Corpus Christi, TX 78401

Respectfully Submitted,

_____
Ahmad Jebril #31943-039

Ahmad Jebril #31943-039
Federal Correctional Institution (LOA)
P O Box 4200
Three Rivers, TX 78071

LEGAL MAIL

United States Courts
Southern District of Texas
FILED
MAR 17 2008
Michael N. Milby, Clerk of Court

CLERK
U S District Court
1133 N. Shoreline Blvd Room 208
Corpus Christi, TX 78401