IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 18 2008

Michael N. Milby, Clerk of Court

AHMAD JEBRIL
          PLAINTIFF,
V.                                        Civil Action #: C-07-436
DAN JOSLIN, ET AL.,
          DEFENDANTS,    /
_____/

### PLAINTIFF"S RESPONSE TO DEFENDANT"S (motion to dismiss for failure to exhaust administrative remedies)

COME NOW plaintiff "inmate" Ahmad Jebril, Pro Se to provide the following response to Defendants motion to dismiss:

1) Plaintiff fully agrees and has full knowledge that an inmate must fully exhaust administrative remedies prior to filing a Bivens Civil rights Lawsuit according to the PLRA.

2) The Hon. Magistrate Brian Owsley retained my claim of retaliation and 1st amendment claims of violation of religious rights; namely, uncuffing my pants.
The administrative remedy filed in Milan, FCI and the procedure in following up on it to exhaust it continued on from Three Rivers FCI after my transfer.
The remedy relates to discrimination due to my religious beleif.
The fact that it started in Milan FCI and continued while I was in Three Rivers, where the response to the BP-11 was returned to me 3 months after my arrival to Three Rivers FCI are enough to show that it covers matters of dscrimination both in Milan and Three Rivers FCI.

I specifically stated in the first line of the BP-9 that (I have been discriminated at in Milan FCI because I'm a knowledgeable practicing Muslim.....)

That encompasses both claims that the Hon. Judge Brian Owsley retained.

In the order to dismiss certain claims and retain case the Hon. Judge Brain Owsely correctly states (Plaintiff claims that based on information from FCI-Milan about his religious beliefs and practices, defendants were suspicious of his actions upon his arrival to FCI-Three Rivers.  He claims that, but for his religious practices, defendants would not have ordered the harassment or allowed it to continue).

Therefore the issue in the documented grievance process attached as an exhibit to my original complaint (docket No. 8) encompasses both what happened in Milan and continued on with more severity in Three Rivers, FCI.

3) Upon my arrival to Three Rivers, TX staff and namely respondents began to harass me in every single way possible.

One of the ways was by refusing to give me forms to file administrative remedies against them.

As defendants clearly stated the administrative remedies are to be filed on requisite BOP forms that cannot be copied because they are distinct, colored, and carboned pages.

Staff refused to give me any forms!  This was a deliberate attempt at avoiding matters getting to region, BOP Washington and/or filing a lawsuit.

FORMS CAN ONLY BE OBTAINED FROM CERTAIN STAFF and they are not sold or placed in public areas where inmates have easy access to them.

I attempted to obtain the BP-8 numerous times prior to filing my lawsuit but was always turned away.
One time I asked my unit manager for a BP-8 she asked me why?
I informed her of a certain staff harassing me.  She said(I don't believe you) and refused to give me any forms.

On another occasion she asked me why?  I told her regarding the officer who works the shack area he harasses me and is terrifing when I pass through.  She refused to give me a form stating that prior to her giving me the form I need to go settle it with the officer.  I asked her (you want me to go confront that officer who when I don't say anything harasses me and terrifies me... you will be responsible if anyhting happens).  She refused to give me the forms and I did not confront the officer.

On another occasion I asked for forms she asked what it was regarding and I stated the Warden and Captain.  She said before I give you the forms you need to attempt to resolve the matter with their bosses.  I asked who is their bosses.  She said BYE... waving me out of her office.

There was other occasions of staff refusing to give me the forms.

Defendants cannot refuse to give out forms then claim that you need to exhaust administrative remedies to get the matter to court.  By that the staff will control what gets to court and what does not and that defeats the purpose.

Had forms been placed in public or sold in the store it would be understandable to dismiss the case for not exhausting the grievance procedure.  But the staff here refused to give me the proper forms.  Therefore, it is impossible to justly dismiss a lawsuit for not filing the remedies on special forms when they hold on to them.

4) I wrote Warden Joslin a cop-out available in public areas documenting the staff harassing me in giving me the forms. The Warden never responded just like he never responds to any of my concerns.  Please see exhibit #1 and #2.

5) To show my clear intentions I approached both respondants less than two weeks after I arrived to help me they began to treat me worse.

6) I then had no choice but to write the letter to the warden(see
Docket #8 Exhibit #3) after I was unable to get the forms
and he never responded.
I then proceeded with the lawsuit after matters continued to
get worse as they continue to every single day.

7) I then met inmates from other buildings and began to ask them
to ask their staff to get me some BP-8's (the special administrative
remedy forms) after I filed the lawsuit and some inmates began to
get me some from staff outside my unit.
I can only obtain the forms from "certain" staff in my unit.

I then began to file the remedy forms inmates brought me.

Had I not been sincerely eager to attempt to exhaust the internal
grievance procedure I would not presue the matter and attempt to
find any way to obtain the forms and file them after filing the
lawsuit.

Even though I should not have to ask favors of inmates to get me
the forms when staff are to give them to me.

8) Months later there was staff change and Mr. Peres began to give
give me the forms without any delay or any problems. His superior
Ms. Kelley continues to avoid giving me any forms.

9) In December I filed 13 Bp-9(to the warden) he returned them all
to me on the technical issue that I need to file a Bp-8 for each one.

I then went back and filed a BP-8 for each and every one they were
signed and returned to me.

I then needed 10 BP-9's.  I went to staff to get them and was unable
to.  I was finally able to get some inmates to get them for me.
Mr. Peres was still not in charge of our unit at that time.  By
the time I collected the BP-9 and filed them  they were all
rejected on a technical issue that there was a gap of over 20
days between filing the BP-8 and the time the BP-9 was filed.

They were all returned to me and rejected as "untimely".

I could not file a BP-10 or BP-11 because of the reason they were
rejected.  So that is considered the end of the procedure for the
first 10 remedies I filed.  I have exhausted the remedy procedure on
them.

The 10 were as follows:
    1. Remedy # 485694-F1 Was **regarding officer Ginister harass-
me about my pants and the Warden ordering me uncuff them** as stated
exactly in the letter to the WArden that has been admitted into
evidence.  In it is details how the warden reacted to that matter.(Exhibit #3)
    2. Remedy # 485689-F1 Discrimination regarding my transfer
and refusing to inform me why I was transferred and staff bulling
and harassing me.(Exhibit #4)
    3. 485696-F1  Officer Caron ordering me to uncuff my pants
and his attitude in that.(Exhibit #5)
    4. 485698-F1 Officer Saenz ordering to lower my jogging

pants below the ankle, which no officer ever orders anyone to
ever do!(Exhibit #6)

     5. 485695-F1 Staff harassing me in the chow hall and
harassing me regarding Islamic books.(Exhibit #7)

     6. 485693-F1 Staff harassing me and retaliation and dis-
criminationI go through from staff.(Exhibit #8)

     7. 485692-F1 Incidents of staff harassing me and discrimin-
ating against me. (Exhibit #9)

     8. 485691-F1 Officer telling other inmates that I'm bad
news and a terrorist on my 1st days on the compound and to stay
away from me. (Exhibit #10)

     9. 485690-F1 Staff harassment and staff going around asking
inmates about me.(Exhibit #11)

     10. 485699-F1 Staff harassment on the compound. (Exhibit #12)

On all of these I filed BP-8's that I obtained from other inmates
and when I was finally able to get Bp-9's from inmates who
got them from other units  I filed them.  But since I was only
able to get the BP-9's after more than 20 days after the BP-
8's were signed they rejected all these as untimely.
I was therefore unable to finish the last two steps of exhausting
the remedy procedure and by that this final rejection is considered
the end of the grievance procedure for this situation since I'm not
able to take them any further.

10) The allegations of the defendants that I have not exhausted
the administrative remedies is now **MOOT**.
The previous 10 remedies that were mentioned and exhausted mention
directly the two issues that the Hon. Judge Brian Owsley retained
in this case.

11) Ever since the new staff member took over representing our
unit Mr. Peres I file grievances on nearly weekly basis regarding
discrimination and harassment of the staff as ordered and approved
by defendants.

I have filed to date over 30 remedies some are in the initial Bp-8
stage some are in the BP-9 stage, some are in the Bp-10 stage
and others are in the final Bp-11 stage and I'm sure Mrs. Sweaney
can testify to that.

12) Also, the fact they order me to purposely violate my religion
on daily basis and harass me the way they do and more recently
a staff member assaulted me is an irreparable harm and filing
administrative remedies is futile and those are exceptions to
exhausting the administrative remedy procedure. (Ferguson v.
Ashcroft (2003, MD LA) 248 F supp 2d 547)
Pimental v. Gonzalez (2005, ED NY) 367 F Supp 2d 365.

13) In Cruz v. Beto, 405 U.S. 319, 322 (1972) the court stated
that a complaint should not be dismissed unless it appears that
beyound doubt that the plaintiff can prove no set of facts in support
of his claims which would entitle him to relief.

14) In Conely v. Gibson, 355 U.S. 41, 45-46(1957) the supreme court
said that in considering a motion to dismiss, a pro se complaint

should be held to less strict standards than a motion drafted
by a lawyer.

15) Having the case dismissed then me refiling the case the following
day with the mentioned 10 remedies that I exhausted would only
cause me undue hardship and make me pay another filing fee that
I cannot afford.

16) I demonstrated that I sincerely attempted to file grievances
even after filing the case when I did not have to.
Staff cannot hold the key to filing the grievances not give the
key then shed tears over not filing them.

I pray that the court look into each and every reason I mentioned
as every reason alone is sufficient not to dismiss the case
claiming I did not exhaust the remedies.

                              Respectfully submitted,


                              Ahmad Jebril #31943-039

### Certificate of Service

I hereby certify that on _6/19/08_ , 2008 at 9:30am I handed the
mail room officer the attached motion addressing one to the court
with the proper 1st class stamps:

Clerk
U S district Court
Southern District of Texas
1133 N. Shoreline Room 208
Corpus Christi, TX 78401

And another to:
Jimmy Rodriguez
Assistant U S Attorney
Southern District of Texas
919 Milam Suite 1500
P O Box 61129
Houston, TX 77208

AhmAD  Jebr.l  31943-039

MATE REQUEST TO STAFF MEMBER

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| d Title of Staff Member) | DATE: |
|---|---|
| Warden Dan Joslin | Sept. 10, 07 |
| Jebri | REGISTER NO.: 31943-039 |
| GNMENT: | UNIT: LOA |

EXhibit

(Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully your request.)

Staff have been harassing me in getting grievance forms Please give me some

BP-8 and 9's thank you.

(Do not write below this line)

TION:

e Staff Member.          Date:

py - File, Copy - Inmate

Replaces BP-148 of OCT 84

**MATE REQUEST TO STAFF MEMBER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| d Title of Staff Member) | DATE: |
| --- | --- |
| Warden Joslin | Aug. 20, 2007 |
| | REGISTER NO.: |
| | 31943-039 |
| GNMENT: | UNIT: |
| | LOA |

(Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.
to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully
your request.)

Staff have been giving me a hard time getting the administrative remedy
forms.
I need copies of the BP-*8 so I can file on some issues.

(Do not write below this line)

TION:

| Staff Member: | Date: |
| --- | --- |

File Copy - Inmate

Replaces BP-148 of OCT 84

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI     UNT: LIVE OAK     QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 485694-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 12, 2008
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Jebril, Ahmad | 31943-039 | LOA | Three Rivers |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On Thurs. 8/30/07 around 12:00pm I walked in the chow hall and a staff wearin
blue trousers and a dress-up shirt who weeks later I seen with a name tag
stating camp adminstrator - M. Ginster followed me through the chow line
until I sat down.  Then he leaned back on the wall listening to the conversat
I sat with three other black inmates none who I knew.  One who I can identify
if I see again said brother why is that man starring you down since you walke
in, following and listening?
I said I don't know.
I said who is he?
He said don't worry he's a nobody.
When I finished and walked out he said (HEY why is your pants cuffed up?)
I replied (For religious reasons  I can't wear pants under my ankles)
He replied rudly (I don't believe you)
I said( I don't care what you believe)
He said (I'll check with the chaplain)
He was not wearing a name tag at that time.  I seen the name tag weeks later
when he came to our unit to read a shut off notice on water.

~~XXXXXX~~ 2/22/08
DATE                                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

[stamp: RECEIVED  MAR 1 2 2008  WARDEN'S OFFICE]

_____                          _____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                CASE NUMBER: 485A94-F1

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)

When I attempted to observe his name tag that day I noticed 3 inmates
1 black and 2 Mexicans walk with cuffed up pants as he stood there
not telling one of them a single word.
If he did not notice them as he claimed before the warden the following day
why did he notice me?

The following day on 8/31/07 I decided to tell the warden this matter
and other matters I've been going through.  As I began to speak to the
Warden it seemed like he (Ginster) poped up from no where rudely
interrupting our conversation not allowing me to finish talking to the
warden with a sheet of paper in his hand saying it's policy that inmates
wear pants below the ankles.
I asked if he talked to the Chaplain, he said yes and that's where he got
the paper from.
On Oct. 15, 2007 during a conversation with Chaplain Noble regarding these
matters I asked if someone ever came to about me cuffing up my pants and she
denied anyone ever asked her.
During my chat with the Warden, and Ginster.  The warden got hostile and
ordered me to uncuff my pants!
I asked very gently and kindly to talk to him to hear me out he said
he will NOT talk to me unless I uncuff my pants!
I informed the warden it was against my religion to wear anything below
my ankles!
He again ordered me to sit and uncuff them.
He made me violate my religion.

There may be a policy not to wear anything above the ankles but there is
always exceptions for religious requirements.
A hat is not allowed on the compund yet a Muslim Kufi is, even though due t
the ignorance of the BOP a Kufi is not a requirement in Islam, rather
it's more traditional style than a requirement.  Similarly, there are
special meals for religious requirements and likewaise there is a special
exception to allow Muslims who follow their religion wear pants above the
ankles.
I asked the warden to allow me to have laundry shorten them, or to fold the
inwards not showing but he was(determined) to make me violate my religion.  A
we were speaking other inmates passed us with cuffed up pants above the ank
but of course neither the Warden nor Ginster who again interrupted my talk
with the warden outside the chow hall, and I asked him to give me a minute
with the warden.
I later found in the library a essential Islamic referance stating my point
of view. Enclosed is p. 397 of Sahih Muslim stamped Three Rivers Chapel
property  - Vol. IIIB), I can provide much more referances from the outside
as well.
I ask this and similar tactics of targetting me, harrassing me and discrimi
ating against me stop.  I ask that because of this and similar situations
and my unjustified transfer that I be sent to a camp prison in my region
and that the Three Rivers staff not retaliate against me by making my life
any more miserable for exercising my right to file this complaint.

That day 8/31/07 was the last day I stepped foot in Three Rivers chow hall
to avoid being targetted by the Three Rivers staff and minimize my exposure
to them.
I spoke to the Warden as stated regarding this and other matters on 8/31/07
and wrote him a lengthy letter that same day, hoping to solve this matter
and other matters but nothing changed much.

_____  2/22/08
     Date

_____
     Signature

```
NUMBER:    TRV-1330.13 (n)
DATE:      March 28, 2006
SUBJECT:   ADMINISTRATIVE REMEDY
           PROCEDURES FOR INMATES
```

### ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO:  <u>Miller- Kelley</u>_____ (Unit Counselor)
     <u>Mr. Brown</u>
    _____ (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

On 8/30/07 at 12pm in the chow hall M. Ginster was following me and then on my way out began to harass me about wearing my pants to the ankles after I told him it was for religious reasons.

2. What action are you requesting to resolve your complaint?
That Ginster be reprimanded and fired for harassing me about religious matters and that I not be harassed about  this matter because I do it for religious reasons.
If you are soooooooo worried about gang awareness go stop their meetings and harass the real gangsters. I dont belong to any group or gang. But you hate Islam!

3. What have you done and who have you spoken to regarding your complaint?
Spoke to the Joslin  who only made things worse.

Inmate Name  <u>Ahmad Jebril</u>        Register No.: 31943-039

Unit   <u>LOA</u>

### RETURN THE COMPLETED FORM TO YOUR COUNSELOR

#### DO NOT WRITE BELOW THIS LINE

4.  RESPONSE BY STAFF MEMBER        Date Received From Inmate  2/5/08

Mr Ginster no longer works for FCI TRV

request denied

Responding Staff Member Name/Title _____ Date _____
Unit Manager Signature _____Art Kelley_____ Date Reviewed  2-15-08
Date Returned to Inmate _____
Administrative Remedy (BP-9) Requested or Issued: Yes _____ No _____



M-15



# SAHIH MUSLIM

BEING TRADITIONS OF THE SAYINGS AND
DOINGS OF THE PROPHET MUHAMMAD
AS NARRATED BY HIS COMPANIONS
AND COMPILED UNDER THE TITLE
AL-JAMI'-US-SAHIH

### BY IMAM MUSLIM

RENDERED INTO ENGLISH BY
ABDUL HAMID SIDDIQI

WITH EXPLANATORY NOTES
AND BRIEF BIOGRAPHICAL
SKETCHES OF MAJOR NARRATORS

CORRECTED AND REVISED BY
DR. M. HASSAN

### VOL. III.B

SH. MUHAMMAD ASHRAF
PUBLISHERS
& BOOKSELLERS



PROPERTY OF THE
THREE RIVERS CHAPEL

397

[2085R8] Muhammad b. 'Abbād b. Ja'far reported: I ordered Muslim b. Yasār, the freed slave of Nāfi' b. 'abd Al-Hārith, while I was sitting between them, that he should ask Ibn 'Umar if he had heard anything from Allah's Messenger (may peace be upon him) pertaining to one who trails his lower garment out of pride. He said: I heard him (the Holy Prophet) saying: Allah will not look toward him on the Day of Resurrection.

[2086] Ibn 'Umar reported: I happened to pass before Allah's Messenger (may peace be upon him) with my lower garment trailing (upon the ground). He said: 'Abdullah, tug up your lower garment. I tugged it up, and he again said: Tug it still further, and I tugged it still further and I went on tugging it afterward, whereupon some of the people said: To what extent? Thereupon he said: To the middle of the shanks.

[2087] Abū Huraira reported that he saw a person whose lower garment had been trailing and he was striking the ground with his foot. He was the Amīr of Bahrain. It was said: Here comes the Amīr, here comes the Amīr. He (Abū Huraira) reported that Allah's Messenger (may peace be upon him) said: Allah will not look toward him who trails his lower garment out of pride[1].

[2087R1] This hadīth has been reported on the authority of Shu'ba with the same chain of transmitters and in the hadīth transmitted on the authority of Ibn Ja'far (the words are): Marwān had made Abū Huraira as his deputy, and in the hadīth transmitted on the authority of Ibn Muthannā (the words are): Abū Huraira was the Governor of Madina.

## Chapter 10
## IT IS FORBIDDEN TO WALK WITH PRIDE, OVER-PLEASED WITH FINE CLOTHES

[2088] Abū Huraira reported that Allah's Messenger (may peace be upon him) said that there was a person who used to walk with pride because of his thick hair and fine mantles. He was made to sink in the earth and he would go on sinking in the earth until the Last Hour would come.

[2088R1] This hadīth has been narrated on the authority of Abū Huraira but with a different chain of transmitters.

[2088R2] Abū Huraira raported that Allah's Messenger (may peace be upon him) had said: There was a person who walked with pride because of his (fine) mantles and well pleased with his personality. Allah made him sink in the earth and he would wo on sinking in that until the Day of Resurrection[2].

(1) In case of men, the lower garment should not fall lower than the ankles. If it is kept just above the ankles, it is permissible. Women are allowed to let their lower garments fall below the ankles.

(2) A deep irony is couched in the words of this hadīth. The vain person was in the habit of walking proudly on the surface of the earth with his head stuffed with conceit. This is the

٧٩١

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

Exhibit #4

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI      UNT: LIVE OAK      QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 485689-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 12, 2008
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

**U.S. DEPARTMENT OF JUSTICE**

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

31943-039

From: __Jebril, Ahmad__    __31943-039__    __LOA__    __Three Rivers-FC__

     **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A- INMATE REQUEST**

On 9-13-07 I had team with only case manager R. Barrera present. He informed
directly and straight up that he will keep me in this institution for three year
This relates to my request to be transferred and discrimination in this institut
against me. When I asked the case manager for more details he directed me to hi
an attorney. My family have been in contact with an attorney(s) and it's my rig
to have the following which I requested verbally from Barrera and finally in a
cop-out on (10-2-07_) with a copy enclosed. When I requested the information in a
cop-out it was based on R. Barrera's request when I asked him verbally right afte
our team meeting. I need the following: (He has not responded)
1) I would like to go through my file and see every document relating to my trans
from Milan low to Three Rivers medium outside my region while I have only 4 custo
level points. I would like to go through the file and obtain copies and cost of
copies may be taken out of my commissary account. 2) I need a copy of a memo that
went out to Three Rivers staff about me warning of me prior to my arrival which
caused the majority of Three Rivers staff with the exception of a few to treat me
in a discriminatory, bullying, harassing and prejidiced manner, that along with
what is on staff warning boards about me. If you treated me justly there is not
ing to fear in presenting me with those documents.

__2/22/08__                        SIGNATURE OF REQUESTER

**Part B- RESPONSE**



_____            _____

        **DATE**                       **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: __485689 -F1__

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

                                   CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____

             **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**     **UNIT**     **INSTITUTION**

SUBJECT: _____

_____            _____

        **DATE**                       **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

BP-229(13)
APRIL 1982

My mother is very ill as stated in my PSI which was compiled over three years ago and her condition is now worse.  I have been dealing with discriminatory bullying staff not to mention heartless who insist on keeping 35 hours away from my region in a much higher security prison than my true custody yet they can't even inform me why I'm being treated like this I will fight through all LEGAL remedies for my right to be somewhere close to where my precious mother can visit in a prison of my true custody level.

I ask that I not be retaliated against for exercising my right to file this complaint.

_____   2/22/08
Date

_____
Signature

NUMBER:     TRV-1330.13 (h)
DATE:       March 28, 2006
SUBJECT:    ADMINISTRATIVE REMEDY
            PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: __Miller-Kelley_____ (Unit Counselor)

    __Mr. Brown_____ (Unit)

1.  Briefly state your complaint.  Include all details and facts which support
your request and the date on which the complaint occurred.

On 9-13-07 in team.  Barrera said I will be in this prison for 3 years.
This prison is above my security level and outside my region.  It's unjust
to place me this far and this level of inmates who are not of my level.

2.  What action are you requesting to resolve your complaint?
① That I be sent to a camp in my region because the management variable is
unjust.
② That even though Milan sparked this variable that Three Rivers rule
this matter and not be submissive to what was done in Milan (UNJUST)
③ That THE MEMO THAT WAS SENT TO STAFF ABOUT ME PRIOR TO MY ARRIVAL [
TO ME.

3.  What have you done and who have you spoken to regarding your comp!  in

Spoke to Barrera, Kelley, Noble, and others.  All give the ru...

Inmate Name  Ahmad Jebril              Register No.:  31943-039

Unit  _____LOA_____


**RETURN THE COMPLETED FORM TO YOUR COUNSELOR**

DO NOT WRITE BELOW THIS LINE

4.  RESPONSE BY STAFF MEMBER        Date Received From Inmate __2|5|0 |

No such memo exist - therefore it cannot [...]
DSCC Staff designate and place management variable
not TRV Staff you will be re-evaluated for a transfer
in accordance w/ policy. If it recommends a transfer it will
be submitted.

Responding Staff Member Name/Title _____ Date _____

Unit Manager Signature ___Jimmy Kelly___ Date Reviewed _2-15-0[8]

Date Returned to Inmate _____

Administrative Remedy (BP-9) Requested or Issued: Yes _____  No_____

| TO:(Name and Title of Staff Member) R. Barrera (LOA Case Manager) | DATE: 10-2-07 |
|---|---|
| FROM: Ahmad Jebril | REGISTER NO.: 31943-039 |
| WORK ASSIGNMENT: Orderly | UNIT: LOA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

In our last team you indicated I will be in this institution for 3 y
My transfer along with your persistance on me staying here is discriminator
I plan to legally fight for my rights every day of my 3 year stay her
Especially that my mother is very ill and you have deprived me from
ever seeing here. I therefore need: (1) copies of every single document
relating to my transfer such as affidavits, reports, statements, reasons...etc.
all but not limited to what I mentioned. Cost of copies my be taken from my account
(2) I would like to set up a time to go through my entire file and take
my time doing it (3) I need a copy of the memo that was sent to the
entire 3 Rivers staff about me prior to my arrival
(4) If any of this or all of this is denied I appreciate it in writing
**I need all what justifies putting a 4 custody level pointer in a high medium outside
his jurisdiction (Region) (35 hours from home) (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy – File; Copy – Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

*Exhibit*

*5*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI      UNT: LIVE OAK      QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 485696-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 12, 2008
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

Jebril, Ahmad

| From: | Jebril, Ahmad | 31943-039 | LOA | Three Rivers-FC |
|-------|---------------|-----------|-----|------------------|
|       | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**   RE:  Harassment & Discrimination & Violation of Religic
Rights BY officer Caro

On Oct. 30, 2007 approxamately 10:41am I got my commissary and was headed to
the mail room when a black officer who is overweight stopped me say HEY YOU
COME HERE.
I approached him as he was standing with another white officer.
HE SAID: (Uncuff your pants now!)
I SAID: (I HAVE A RELIGIOUS EXCUSE)
HE SAID: (I Said uncuff your pants now)
I SAID: (OK LET me sit and uncuff them) because I was carrying legal folders
and commissary.
HE SAID: (I said right now)
As I put my items down towards the shack where the metal detector is I began t
uncuff them I looked upward to my other side and seen two other officers
looking at me and at CARO and smiling in a mocking manner.
I then approached the tall overweight officer and said (CAN I please get your
name?)
HE SAID:( CARO )(and spelled it out)

_____ 2/22/08
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR ?? 2008
WARDEN'S OFFICE

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 485646-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL

_____
REG. NO.

_____
UNIT

_____
INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN                                      Previous editions not usable

I left the shack area and decided to return to my unit rather than go on
to the mail room.
I looked back as I was getting to the unit they were all looking at me
and smiling in a mocking manner.
The officer who was originally standing with CA▮O was the only one out of the
four officers who did not mock or show reaction.

On Aug, 27, 07 I spoke to the Captain of Three ▮▮ivers regarding matters
like this and similar situations.
On Aug. 31, 07 I spoke to the WArden of Three ▮▮ivers regarding situations
identical to this and wrote him a lengthy letter detailing this kind of
harassment, discrimination, bullying and mocking!
I even enclosed a copy of referances in the Chapel  that specify a Muslim
must wear his pants above his ankles.

Evidently speaking to the Captain and warden only made things worse.

I have not stepped foot in the chow hall since Aug, 31, 07 because of
matters like this.
I gave the warden and captain time to correct the harassment I face on this
discriminatory compound but again things are only getting worse.

When I decided to avoid the haters in the chow hall and stay away from them
picking on me, now it's escalated and moved to the shack/metal detector
area where they harass me on continuous basis as in this particular incident.

I'm asking this type of treatment stop because it's getting out of hand, not
only did CA▮O order me to violate my religion, but he did so in an
unprofessional hostile manner as his freinds looked in a mockingly manner.
In addition to that I'm targetted for this kind of treatment.  Plenty of
inmates walk around with cuffed up pants but CA▮O and his likes only see
me because they get satisfaction and happiness in targetting me in
particular to get me to violate my religion.

This is the result of discrimination and possibly a memo that went out
prior to my arrival on this compound warning of me.

I ask that this and similar matters be dealt with and if the retaliation
on me filing this is to transfer me to avoid responding to this or
having it reach General Counsel then I should be transferred to a CAMP
according to my level and in my region.

DATE  2/22/08

Signature

NUMBER:       TRV-1330.13 (h)
DATE:         March 28, 2006
SUBJECT:      ADMINISTRATIVE REMEDY
              PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO:  _____Mr. Brown_____ (Unit Counselor)

     ____A. Miller-Kelley____ (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

Ever since I got to this establishment I've been ~~bullied~~, discriminated, harass and targetted. Last occurance on Oct 30, 07 @ 11:30am ^bullied me and harassed me telling ~~me I should not look at him and ordered me to lower my JOGGING pants~~ belo my ankle ~~b/c he knows that violates my religion~~(note JOGGING PANTS not Kakis). Th was off~~icer SCIENCE alone. AT 10:41am that day CARO harassed me in a similar~~ mann as Sc~~ience looked on smiling! I was wearing Kakis then.~~ On 1_/4/07 at about 5:30
(continued on next pa

2. What action are you requesting to resolve your complaint?

   I request that this harassment, bullying, targetting, and discrimination
~~by the great vast majority of this discriminatory staff STOP.  LEAVE ME~~
~~ALONE!! I have never stepped foot in the chow hall since 8/31/07~~ AT ALL
~~because the staff ran me off.  Now they moved their filthy tactics to~~
~~the metal detector - shack and other areas!!~~ LEAVE ME ALONE! TREAT ME LI
you treat normal inmates. AND send me to a camp in my region where I be

3. What have you done and who have you spoken to regarding your complaint?

   On Aug. 27, 07 I spoke to Captain Higgerson regarding many issues like thes here and ~~similar ones.~~ On 8/31/07 I spoke to Warden Joslin and wr~~ite him~~ a long letter ~~regarding these similar issues.~~ On 9/11/07 I spoke to A. Miller-Kelley briefly ~~regarding an incident with the CO working that time she said (I dont think~~ so) when I told her he discriminates against me and what he did. I also spoke to ~~████~~ ~~other stuff~~ for help.  AHMAD JEBRIL

Inmate Name                                       Register No.:  31943-039

Unit ____LOA____

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER     Date Received From Inmate _____

All pants worn @ the installation must down on your
leed - not tucked under when not - it creates gang
awareness. Staff have been informed to enforce this
practice

Responding Staff Member Name/Title ___/LX___     Date  11/27/0

Unit Manager Signature ___/LX  Kelly___  Date Reviewed  11/27/07

Date Returned to Inmate _____

Administrative Remedy (BP-9) Requested or Issued: Yes _____   No_____

PAGE 1 of 2

(Continue answer to question #1)
I was carrying Islamic books I was returning to the chapel when ~~the~~ another
CO there questioned me if I had a class, starred me down in disrespect
then after that let me go.
I did not dare look at him because other officers like Science told me not
to look at them.
This officer is one of the officers who ran me out of the chow hall when
I used to go there he used to stare me down as he still does and search
no matter how many times a day.
Now he chased me out to other areas after I left him the chow hall.
He is the same officer who made a big deal on 8/26/07 @ 6pm when
he found me leaving the chow hall and searched me and found internet papers
Whenever he is working he stares me down and always with ~~exceptional excep-~~
~~tions~~ searches and harasses me.
I left him the chow hall leave me alone to walk in peace through the
metal detector like any other inmate(s) and the tens who passed us up
carrying Bibles going to church services. He did not harass any of them!
Similarly on 10/27/07 @ 3:15 (Smith) whispered to a female CO to pull me
for a so-called random alcohol test from a very large crowd.
I do not get checked random, it's random I don't get checked.

These are just mere samples of what goes on here to me and there is plenty
more. This serves as an "informal resolution" for these specified incidents and all
similar ones.
------------------------------------------------------------
*If you plan on taking me to the HOLE for exercising my right to
this complain I ask you make sure to pack all my stuff or allow me
to pack it; I just filed a $1055 tort claim on your brothers in Milan
FCI for property they lost or destroyed and I really don't want to file
one on here. or else let me pack them (if) + any time I write these stuff up you
decide to put me in the SHU

*I know your all aware that my custody level is camp in my region so
if you are going to transfer me it should be to a camp in my region.
Not that staff like this will but I just wanted it written here for
further legal matters., in case you decide to transfer me to avoid
responding to my complaints

PAGE  2 of 2

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

*Exhibit #6*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI    UNT: LIVE OAK    QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 485698-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 12, 2008
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Jebril, Ahmad_____    ___31943-039___    __LOA____    __Three Rivers -__
         **LAST NAME, FIRST, MIDDLE INITIAL**        **REG. NO.**          **UNIT**            **INSTITUTION**

Part A– INMATE REQUEST        RE: Harassment, Discrimination, mocking, and violation
                                  of religious rights by Officer Science.
On Oct. 30, 2007 approxamately 11:30am I dressed in my gray jogging suit and
had my work-out gloves with me as I do every single day to work-out.
When I got to the shack/metal detector area the officer had been starring at me
all along so I looked casually at him and kept walking.  After passing him a ~~~
meters he said: (hey, come here)
I went to him and kept some distance.
He got close to me. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~, I ~~~~~~~~~~~~~~~~~~ and if ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~.  I DID NOT SAY A WORD!
He said: (YOU WERE LOOKING AT ME SO MUST BE HAVE OR BE DOING SOMETHING ILLEGAL
I said: (What?)
He said: (What do you have with you) as he began to look at me from top to bot
om!
He Said: ( Let me see those gloves.. do you have a reciept? Where did you buy
them?  How did you get them?)
As he was doing this he was looking at the gloves at each finger of them

~~~~~~ 2/22/08                                    [signature]
        DATE                                               SIGNATURE OF REQUESTER

Part B– RESPONSE

[stamp:] RECEIVED  MAR ?? 2008  WARDEN'S OFFICE

_____                    _____
        DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

  **ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 485698-F1

                                                   CASE NUMBER: _____

Part C– RECEIPT
Return to: _____
              **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**      **UNIT**      **INSTITUTION**

SUBJECT: _____

_____                    _____
        DATE                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN

OPEN

as though something could be hidden in the fingers of the gloves.
I SAID:( I got them from Milan FCI and yes I got the REciept officer
and I also got the property inventory slip that I left with them from
Milan and another property slip that I got when I came here).
He gave them back to me.
Then he kept starring me from head to toe then he said:(PULL DOWN YOUR PANTS)
He meant to lower my pants down.
I said: (why?)
He said: ( DO IT RIGHT NOW)!
I Said: (But why why?)
He said:(right now)
So I lowered my gray sweat pants to my ankles.  They have lastic bands that
hold them where you want.
When he told me  to lower them I had them at my socks line or slightly above
as I always do, since I never wear shorts.
Then he seen them right above my ankles and said:(LOWER them more!!)
I did so.
Then he asked me to leave.
I said:( Officer may I get your name?)
He said:(Officer)
I said:(Officer what?) He said :( officer!) I said(Officer What) He said:(
officer Science), his name tag was in his pocket and now showing.
WHERE ON THIS COMPOUND DOES AN INMATE GET STOPPED AND ORDERED TO LOWER HIS
JOGGING PANTS TO BELOW HIS ANKLES BUT ME?
This is solid proof that Science and his likes only want to taunt, bully
and discriminate against me because they get joy to see me violate my
religion and intimidate me.
Notice his statements to me. I can't look at him and must be doing something
wrong/.
This is the type of treatment I get everyday on Three Rivers and it's what
I spoke to the Captain and Warden about on 8/27/07 and 8/31/07 and wrote
them about on 8/31/07.  I even quit going to the chow hall as of 8/31/07
because of this vicious treatment hoping to avoid the likes of Science but now
they stepped up harassment but moved it to the shack/metal detector area
where I can't avoid. Speaking and writting to the Warden and Captain and
giving them time to resolve this matter and its likes that I go through daily
because of a memo that warned of me prior to my arrival and because many CO's
say and tell other inmates that I'm a terrorist or Bin Ladin...etc
I ask that Science and his likes stop this ASAP because this treatment is out
of hand. ~~I'm not suicidal because I got faith in Allah but I rather take
the execution~~ over ~~waking up in this type of treatment~~ Nearly an hour
before this Science was mocking me when another Caro officer told me to uncuf
my kakies.
I ask that this and similar matters that I go through daily be dealt with and
if the retaliation on me filing this be a transfer to avoid responding to this
or having it reach General Councel then I should be transferred to a CAMP
according to my level and in my region.
Note: that I noticed other staff at distances watching us seeing what Scinece
       was doing to me and amongst them is the records officer who uses a cane
       sometimes and he had someone along with him.
On 10/31/07 Science was starring me down anywhere I would be in his eyesight.

_____          2/22/08          _____
          Date                                            Signature

NUMBER:      TRV-1330.13 (?)
DATE:        March 28, 2006
SUBJECT:     ADMINISTRATIVE REMEDY
             PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO:    Mr. Brown
       _____ (Unit Counselor)
       A. Miller-Kelley
       _____ (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

Ever since I got to this establishment I've been bullied, discrimi---
and targetted. Last occurance on Oct 30, 07 @ 11:30am bullied me and
telling me I should not look at him and ordered me to lower my
ny ankle b/e he knows that violates my religion(note JOGGING PAN--
was officer SCIENCE alone. AT 10:41am that day CARO harassed me in a s--
as Science looked on smiling! I was wearing Kakis then. On 10/4/07 at aoo--

(continued on next pag

2. What action are you requesting to resolve your complaint?

I request that this harassment, bullying, targetting, and discrimination
by the great vast majority of this discriminatory staff STOP. LEAVE ME
ALONE!! I have never stepped foot in the chow hall since 8/31/07 AT ALL
because the staff ran me off. Now they moved their filthy tactics to
the metal detector shack and other areas!! LEAVE ME ALONE! TREAT ME LI--
you treat normal inmates. AND send me to a camp in my region where I bel--

3. What have you done and who have you spoken to regarding your complaint?

On Aug. 27, 07 I spoke to Captain Higgerson regarding many issue--
here and similar ones. On 8/31/07 I spoke to Warden Joslin and wr-- --
letter regarding these similar issues. On 9/11/07 I spoke to A-- --
briefly regarding an incident with the CO working that time she --
so) when I told her he discriminates against me and what he di--
_____ me for help.   AHMAD JEBRIL     Register No.:   31943-039
other Staff
Inmate Name

Unit ____ LOA ____

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER          Date Received From Inmate _____
All pants worn @ the installion must down on you
leg - not tucked under when _____ - it create
awareness. Staff have been informed to _____
practice

Responding Staff Member Name/Title ____ ILX ____    Date 11/27
Unit Manager Signature ____ ILX  Kelly ____ Date Reviewed 11/27/07
Date Returned to Inmate _____

Administrative Remedy (BP-9) Requested or Issued: Yes _____   No _____

PAGE 1 of 2

(Continue answer to question #1)

I was carrying Islamic books I was returning to the chapel when the another
CO there questioned me if I had a class, starred me down in disrespect
then after that let me go.
I did not dare look at him because other officers like Science told me not
to look at them.
This officer is one of the officers who ran me out of the chow hall when
I used to go there he used to stare me down as he still does and search
no matter how many times a day.
Now he chased me out to other areas after I left him the chow hall.
He is the same officer who made a big deal on 8/26/07 @ 6pm when
he found me leaving the chow hall and searched me and found internet paper
Whenever he is working he stares me down and always with exceptional sweep
times searches and harasses me.
I left him the chow hall leave me alone to walk in peace through the
metal detector like any other inmate(s) and the tens who passed us up
carrying Bibles going to church services. He did not harass any of them!
Similarly on 10/27/07 @ 3:15 Smith whispered to a female CO to pull me
for a so-called random alcohol test from a very large crowd.
I do not get checked random, it's random I don't get checked.

These are just mere samples of what goes on here to me and there is plenty
more. This serves an "informal resolution" for these specified incidents and all
similar ones.

--------------------------------------------------------------

(If) you plan on taking me to the HOLE for exercising my right to
this complain I ask you make sure to pack all my stuff or allow me
to pack it; I just filed a $1055 tort claim on your brothers in Milan
FCI for property they lost or destroyed and I really don't want to file
one on here. Or at least let me pack them (4) at any time I write go these stuff
up you decide to put me in the SHU.

*I know your all aware that my custody level is camp in my region so
if you are going to transfer me it should be to a camp in my region.
Not that staff like this will but I just wanted it written here for
further legal matters, in case you decide to transfer me to avoid
responding to my complaints.

PAGE  2 of 2

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

*Exhibit #7*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI     UNT: LIVE OAK     QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 485695-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 12, 2008
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Jebril, Ahmad | 31943-039 | LOA | Three Rivers -FC |
|---|---|---|---|---|
| | **LAST NAME, FIRST, MIDDLE INITIAL** | **REG. NO.** | **UNIT** | **INSTITUTION** |

**Part A INMATE REQUEST**

On 10/4/07 around 5:30pm an officer stopped me as usual at the shack metal/detector area. I was carrying Islamic Books I checked out from the library. He ask me If I was going to class or services.
He starred me down as he ALWAYS does in humiliation and disrespectful manner.
I let him know I was just returning these books to the chapel, then he starred me down more and let me go.
THIS OFFICER ALWAYS STARES ME DOWN AND TARGETS ME. HE IS ONE OF THOSE WHO RAN ME OFF THE CHOW HALL WHEN I USED TO GO THERE BY HIS SEARCHES AND ACTIONS. ON 8/26/07 leaving the chow hall he searched me in a filthy way and found document I got off the internet from Ms. Noble and made them a big issue. HE THINKS HE CAN MAKE ME HOLD MY ARMS OUTRIGHT LIKE THEY DO IN ABU GHRAIB AND MUST GET SATISFACTION OUT OF IT.
HE IS ALWAYS STARRING ME DOWN OR SEARCHING ME WHERE HE SEES ME. ON ——— 11/04/07 SAME TIME I WAS RETURNING THE BOOKS MANY OTHERS WERE ON THEIR WAY TO BIBLE CLASS WITH BIBLES HE DID NOT STOP ANY OF THEM AND HARASS THEM. AT 5:30pm he was the only officer there and on my way back at 8pm I did not see hi he may have been filling in I do not dare look at them to get their name tags but I know him and can identify him. HE AND HIS LIKES NEED TO LEAVE ME ALONE!

_____ 2/22/08                                    _____
DATE                                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
MAR 12 2008
WARDEN'S OFFICE

_____                                    _____
DATE                                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: 485695-F1

                                                            CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____                                    _____
DATE                                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

NUMBER:    TRV-1330.13 (h)
DATE:      March 28, 2006
SUBJECT:   ADMINISTRATIVE REMEDY
           PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: _____ (Unit Counselor)
    Mr. Brown

    A. Miller-Kelley _____ (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

Ever since I got to this establishment I've been bullied, discriminated, harass and targetted. Last occurance on Oct 30, 07 @ 11:30am bullied me and harassed me telling me I should not look at him and ordered me to lower my JOGGING pants below my ankle b/c he knows that violates my religion(note JOGGING PANTS not Kakis). Th was officer SCIENCE alone. AT 10:41am that day CARO harassed me in a similar manu as Science looked on smiling! I was wearing Kakis then. On 10/4/07 at about 5:30 (continued on next pa

2. What action are you requesting to resolve your complaint?

I request that this harassment, bullying, targetting, and discrimination by the great vast majority of this discriminatory staff STOP. LEAVE ME ALONE!! I have never stepped foot in the chow hall since 8/31/07 AT ALL because the staff ran me off. Now they moved their filthy tactics to the metal detector shack and other areas!! LEAVE ME ALONE! TREAT ME LI you treat normal inmates. AND send me to a camp in my region where I bel

3. What have you done and who have you spoken to regarding your complaint?

On Aug. 27, 07 I spoke to Captain Higgerson regarding many issues like thes here and similar ones. On 8/31/07 I spoke to warden Joslin and wrote him a long letter regarding these similar issues. On 9/11/07 I spoke to A. Miller-Kelley briefly regarding an incident with the CO working that time she said (I dont think so) when I told her he discriminates against me and what he did. I also spoke to _____ for help. **AHMAD JEBRIL**

Inmate Name _____   Register No.: _____   **31943-039**
other Staff

Unit _____ LOA

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER     Date Received From Inmate _____

All pants worn @ the institution must down on your leg - not tucked into when but - it creates gang awaness. Staff have been informed to enforce this practice.

Responding Staff Member Name/Title _____ Date _____

Unit Manager Signature _____ Kelly Date Reviewed 11/27/07

Date Returned to Inmate _____

Administrative Remedy (BP-9) Requested or Issued: Yes _____ No _____

PAGE 1 of 2

(Continue answer to question #1)
I was carrying Islamic books I was returning to the chapel when the *another*
CO there questioned me if I had a class, starred me down in dis...
then after that let me go.
I did not dare look at him because other officers like Science te...
to look at them.
This officer is one of the officers who ran me out of the chow hall w...
I used to go there he used to stare me down as he still does and searc...
no matter how many times a day.
Now he chased me out to other areas after I left him the chow hall.
He is the same officer who made a big deal on 8/26/07 @ 6pm when
he found me leaving the chow hall and searched me and found internet papers.
Whenever he is working he stares me down and always ~~with exceptional searp-~~
~~ings~~ searches and harasses me.
I left him the chow hall leave me alone to walk in peace through the
metal detector like any other inmate(s) and the tens who passed us up
carrying Bibles going to church services. He did not harass any of them.
Similarly on 10/27/07 @ 3:15 *m* Smith whispered to a female CO to pull me
for a so-called random alcohol test from a very large crowd.
I do not get checked random, it's random I don't get checked.

These are just mere samples of what goes on here to me and ...
more. This is *serves* an "informal resolution" for these specified incidents and ...
similar ones.

------------------------------------------------------------
*(If)* you plan on taking me to the HOLE for exercising my right to
this complain I ask you make sure to pack (all) my stuff or allow me
to pack it; I just filed a $1055 tort claim on your brothers in Milan
FCI for property they lost or destroyed and I really don't want to file
one on here. Or at least let me pack them (4) at any time I write up these stuff
up you decide to put me in the SHU. ~~like ~~

*I know you'r all aware that my custody level is camp in my region so
if you are going to transfer me it should be to a camp in my region.
Not that staff like this will but I just wanted it written here for
further legal matters, in case you decide to transfer me to avoid
responding to my complaints.

PAGE  2 of 2

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI     UNT: LIVE OAK     QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071

*Exhibit #9*

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 485693-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : MARCH 12, 2008
SUBJECT 1        : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Jebril, Ahmad     31943-039    LOA    Three Rivers
    **LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

**Part A– INMATE REQUEST**

Ever Since I arrived on Three Rivers compound Aug 13, 2007 I have been target
ed by nearly the entire staff with the exception of some who treat me like a
regular inmate! They harass me, bully me, target me and discriminate against
On Aug. 27, 07 I spoke to Three Rivers captain to attempt to resolve this, whe
nothing changed and matters were escalated the following days I spoke to the
Warden on Aug. 31, 2007.
I also sent a lengthy detailed letter to the warden on Aug. 31, 2007.
**Matters got so bad that I have not entered nor stepped foot in the chow hall
from Aug. 31, 2007 until today nor do I plan to.**
I left the chow hall to the Warden, Captain and their discriminating staff
to minimize my contact with them so they will leave me alone but apparently
they don't understand.
For example I get searched more than any average inmate I seen or asked, and
the manner they search me is disrespectful.
They target me for wearing cuffed up pants due to religious reasons yet others
roam around freely with cuffed up pants but apparently they see who they want
target.
Speaking to the Captain and warden, then writting them was an attempt to solve

Ahmad Jebril    aljalob          SIGNATURE OF REQUESTER

**Part B– RESPONSE**



---
**DATE**                 **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**         CASE NUMBER: *485693-F1*

---

'   CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

     **LAST NAME, FIRST, MIDDLE INITIAL**     **REG. NO.**     **UNIT**     **INSTITUTION**

SUBJECT: _____

---
     **DATE**            **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

this matter but now that I don't go to the chow hall they target me at the
check point by the metal detector for alcohol tests for an example.
I got stopped at the alcohol test on 10/27/07 I was with a large gathering in
the center and after I passed the fence and walked on for a while the female CO
called me by my name for an alcohol test.  I was informed that an official near
her who I asked for his name named (SMITH) had told her to get me.  I told her
why when I always get stopped?
After taking the test I told Smith what's your name? Then I said (you guys accu
me of being a radical or terrorist yet always stop me here?)
(I'm a moderate Muslim who dont drink never did but if a moderate does not dri
will one you accuse the a radical drink?)
When I met with the phych. I asked him to allow me to enter the drug program to
get a year off he said no I don t fit the profile!!
YET!! STAFF HERE TELL INMATES AND ACCUSE ME OF BEING RADICAL  BAD NEWS  terror
yet I get stopped to take the alcohol test more frequently than any other inmat
Prior to that I was stopped on Oct. 8 or 10 of 2007 in RAMADAN when I was head-
ing to the chapel to pray while I was fasting! I was stopped many more times
sometimes I explain that I get stopped so much the smart alecs tell me well let
see if you pass we just won't log it!  Much of this occured after I spoke to th
warden and captain and wrote them!
On 8/27/07 I asked UNIT CO Summerfield to give me an army bag to take to R &D
to get my property as they informed us in A&O he I'll give you one to pack
your stuff to the SHU.
That same  day I asked him for toilet paper he refused to give me yet other
inmates got some from him.
That same CO used to stare me down as most do and search me to the point that
on 9/11/07 he called me over to search a pair of workout gloves in my hand
looking in each finger to see it.  Then he said I notice you wear a wrap someti
and other times you don't go get me that wrap now.  I said I need it the PA
and doc. told me to wear it sometimes, he got baligerant and said are you
refusing a direct order?  I said no.  I went and got them and told him I'll
write him up.  After an hour he came back and said I called medical and your
lucky I'm a nice guy and you can get them but you need to carry a slip to let
you wear this! WHO CARRIES A SLIP FOR A medical wrap? that thing don't even
exisit.
On 9/30/07 around 10pm all inmates leaving Ramadan prayer from chapel got
searched which is no problem but when it got my turn I was searched 3 times
in a vigorous harsh matter and he dropped my bag two times.  Inmates waiting on
me to catch up to them noticed this clearly and THEY brought it to my attention
They were astonished
On Aug 14  07 my first morning on the compound the first CO who seen me asked 
my ID and appeared to know me.  After leaving and going to my unit I called my
mother and a CO said hang up now and go to the lieutenants office  He made me
hang up on my mother.  In the lieutenants office I was told I belong in the
SHU and to wait on the outside bench.  I waited from 7 30-10 30am in the very h
sun.  Then a CO came4 out and said go to your unit your not going to the SHU ye
EAGER STAFF TO PUT ME IN THE SHU!! NOW THIS IS PART OF THE HELL I GO THROUGH
WHEN I DID NOT DO ANYTHING I PRAY NEVER TO MISTAKINGLY DO ANYTHING WRONG BECAUS
ONLY ALLAH WILL KNOW WHAT THESE PEOPLE WILL DO TO ME IF I DO SOMETHING WRONG.
I asked this treatment halt! This is the result of a memo superiors sent to the
entire staff warning about me.  I asked because of that that I be transferred
to a camp when my custody requires me to be or if they want to continue in
their tactics that they re-investigate what they have on me which I never
presented my side of the story.
This here is a mere sample of what I go through there were many more searches
and alcohol tests before and after I spoke to the warden.
I ASK that no retaliatory tactics be used agaisnt me for filing this agaisnt
this discriminatory staff.

_____                                    _____
      DATE                                               Signature

NUMBER:     TRV-1330.13 (h)
DATE:       March 28, 2006
SUBJECT:    ADMINISTRATIVE REMEDY
            PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8,

TO:  __Miller-Kelley____ (Unit Counselor)
     __Mr. Brown_____ (Unit)

1.  Briefly state your complaint.  Include all details and facts which support
your request and the date on which the complaint occurred.

1) I keep getting stopped for the alcohol test.   1
2)⓪Officer Summerfuled in LOA used to harass me by refusing to give me toilet
paper. ⓑTaking away a bandage I was given by medical to wrap my hand and c)
telling me he will give me a green bag to the hole when i asked or one to get
my property. (2nd Page attached)

2.  What action are you requesting to resolve your complaint?

That officers involved in this complaint be fired and reprimanded and that
harassment cease immediately.

3.  What have you done and who have you spoken to regarding your complaint?
Higgerson and Joslin but it only made things worse.

Inmate Name _____  Register No.: _____

Unit _____

**RETURN THE COMPLETED FORM TO YOUR COUNSELOR**

DO NOT WRITE BELOW THIS LINE

4.  RESPONSE BY STAFF MEMBER     Date Received From Inmate __2/5/0__

_You are given supplies or other doc-_
_ument_

Responding Staff Member Name/Title _____ Date _____

Unit Manager Signature __Mr. Kell___ Date Reviewed __8/15/__

Date Returned to Inmate _____

Administrative Remedy (BP-9) Requested or Issued: Yes _____  No _____

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      THREE RIVERS FCI

TO  : AHMAD MUSA JEBRIL, 31943-039
      THREE RIVERS FCI      UNT: LIVE OAK      QTR: L01-121U
      P.O. BOX 4000
      THREE RIVERS,  TX 78071


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 485692-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 12, 2008
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Jebril, Ahmad | 31943-039 | LOA | Three Rivers, F |
|-------|---------------|-----------|-----|-----------------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** On Sunday 8/26/07 after dinner around 6:00pm a CO who I was informed may be a lieutenant stopped me searched me and told me to hold my han in a stretched out position, I complied.
He found 3 pages dated that same day printed off the internet as he was invest gating them and handing them over to a CO next to him (female who I think is a lieutenant) I dropped my hands because I got tired.
He asked CO'S next to him if I was allowed to have access to the internet, and if I could have internet papers.
He asked them how I got it.
As he did so he noticed I dropped my hands so he said(Did I tell you to put th down) as I put them to rest them.
He was speaking belligerantly and in a disrespectful way.
Then after the disrespectful manner and rudeness he asked me where I got them and where I got access to the net.
I said I was just in Chaplain Noble's office and she printed them for me.( name of Islamic vedios she ordered).
I've been targetted since the day I hit the compund for excessive searches

| | |
|---|---|
| 2/22/08 | |
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

RECEIVED
MAR 12 2008
WARDEN'S OFFICE

| DATE | WARDEN OR REGIONAL DIRECTOR |
|------|------------------------------|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 485692-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |
|------|--------------------------------------|

USP LVN                    *Previous editions not usable*                    BP–229(13)
                                                                              APRIL 1982