I ask that I be treated like other inmates.
I ask that I be searched as random as an average inmate; or even above average but not targetted in so many excessive searches and MORE important is that I not be disrespected mistreated and discriminated agaisnt during the searches.
Holding the arms for prolonged periods of time is an Abu Ghraib tactic not something done on the soil of my country.

On my way out of the doors an african inmate with long dreads said to me WHY ARE THEY DOING THIS TO YOU?
I shrugged my shoulders and walked away.

I ask that this and similar tactics halt immidiately and that because of this and similar tactics used by the 'majority' of Three Rivers staff that I be transferred to a camp prison in my region with inmates of my custody level.

2/22/08

*I attempted to resolve this matter by speaking to Three Rivers captain on 8/27/07, and the Warden on 8/31/07 and writting him a detailed 5 page front and back letter yet I heard nothing from either.

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: Miller-Kelley (Unit Counselor)
Mr. Brown (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

On Sun 8/26/07 around 6pm leaving the chow hall when an officer or lieut... stopped to search me. Found internet papers given to me by Noble. Told me to keep my arms held but as he read and investigated the papers and gave them to the female lieutenant next to him. It was done in a hostile, vicious, discriminatory way.

2. What action are you requesting to resolve your complaint?

I ask that this officer be investigated and fired and that this behavior cease.

3. What have you done and who have you spoken to regarding your complaint?

To Higgerson and Joslin but it only made things worse.

Inmate Name Ahmad Jebril Register No.: 31943-039

Unit LOA

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER Date Received From Inmate

All inmate are subject to search (which personal belongings) You did not document hostile action. Your request is being denied

Responding Staff Member Name/Title Date

Unit Manager Signature Ann Kelly Date Reviewed 2/4/08

Date Returned to Inmate 2-4-08

Administrative Remedy (BP-9) Requested or Issued: Yes ______ No ______

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
THREE RIVERS FCI

TO : AHMAD MUSA JEBRIL, 31943-039
THREE RIVERS FCI UNT: LIVE OAK QTR: L01-121U
P.O. BOX 4000
THREE RIVERS, TX 78071

Exhibit #10

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 485691-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : MARCH 12, 2008
SUBJECT 1 : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10) MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME INCLUDES MAIL TIME.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jebril, Ahmad | 31943-039 | LOA | Three Rivers-F(

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** On Sat. 8/25/07 (12) days of being on Three Rivers compound around 8:30pm walking back to my unit from the yard I bumped into inmate Karlto Costly #20439-179 who I noticed from Friday Islamic services because he is the one who called for the prayer. I greeted him and continuted to walk next to h: until we reached LO unit he turned to the right to LOB and I turned left to LO. The next evening inmate Karlton approached me telling me after count the C.O. working their unit that evening from 4pm-11pm pulled him out of his cell after everyone was locked down for the 10pm count and informed him (he will not like see him in any trouble) (that I'm bad news) (To stay away from me)
He continued to work that unit through the term even after I informed both the captain and warden of this matter.
He later told my previous bunkee Eric Veracruz that he should be on the look out from me because I'm a dangerous terrorist and either(bin ladin) or one of his men.
Everytime I pass him he stares me down, sometimes he smurks.
Other inmates told me of similar statements by other CO's. Most asked me and made me promise they remain confidential!
I asked inmate Karlton to inform the CO's superiors of this incident but he sai they did not want to hear it.
I asked him in particular because he was willing to come forward and not afraid

2/22/08
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**




DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 483691-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

to come forward and testify.
WHY IS A CO OR CO'(S) going around with such statements only 12 days after I hit this compund?????

On Aug. 27, 2007 I spoke to Three Rivers Captain after lunch.

When nothing was done I spoke to the warden of Three Rivers on Aug. 31, 2007!
I then went to my cell and wrote and sent him lengthy 5 page letter(front and back).
I did not hear from him again.

I therefore ask that this and similar matters I been going through since I hit this compound be looked into.
I also ask that I be transferred to a camp because I have 4 or 6 custody level points and that is where I belong with inmates of my level away from the vicious tactics used against me in Three Rivers.
I also ask that the camp be in my region so my ill mother may Allah bless her can visit me.

I also ask that no retaliatory tactics be used against me making my life any more miserable by the Three Rivers staff for exercising my right to file this complaint.

2/22/08

*Enclosed a statement written by Inmate Karlton Costly #20439-179 testifying to what the CO had informed him.

*Enclosed is the written statement.
I did not note the officer as Miller-Kelley stated because he never wears a name tag. Have your officers wear the name tags as they should then come asking me for names.
I have documented the date and time where he worked and you should go to your reocords and pull it out or show me their pictures and I will tell you who it is.

NUMBER: TRV-1330.13 (h)
DATE: March 28, 2006
SUBJECT: ADMINISTRATIVE REMEDY PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: Miller-Kelley (Unit Counselor)
Mr. Brown (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

On 8/25/07 at 10pm count the officer working LOB called inmate KARLT COSTLY #20439-179 out of his cell and warned him not to hang out ... He also told other inmates similar statments.
I have a statement written by inmate Karlton regarding this. This was only 12 days after hitting this filthy compound/ (Filthy as a discriminatory comp...

2. What action are you requesting to resolve your complaint?
That this prejidice hating officer be fired and represmanded for warning other inmates about me based on a memo his discriminating prejidice hating superiors sent him.
This officer and his superiors who told and allowed him to warn about me need to be investigated and fired.

3. What have you done and who have you spoken to regarding your complaint?
To Higgerson and Joslin but telling them about this incident ...

Inmate Name Ahmad Jebril Register No.: 31943-039

Unit LOA

**RETURN THE COMPLETED FORM TO YOUR COUNSELOR**

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER Date Received From Inmate

You failed to provide the written statement ... note the officer. Your request is ...

Responding Staff Member Name/Title [signature] Kelly Date

Unit Manager Signature Date Reviewed 2/4/08

Date Returned to Inmate 2-4-08

Administrative Remedy (BP-9) Requested or Issued: Yes ______ No ______

C.O. who work A unit for Two months

My Name is Karlton Costly BOP. # 20439-179 ON 8/25/07 At 10 pm After Count lock down I was Pull out of my cell from A C.O. Name. No Name ... He told me that the Reason of him. taking me. out of the cell. was Because He have to let me know that the new guy I was hanging. Around with was not A Good News. At first. I dont know what He was talking About until He mention. the word. muslim. And I was like the muslim guy. And He was like YEAH. And that. He will not like to see me Geting in Any trouble. I Repond Back to him. with Apreciation. I when Back to my cell And I Thought About what He have YES told me..... And in my thought the only think I can think off was That He doesnt like the muslim guy. Because of His Religious Belief. Not Knowing that I was Also A Black muslim from Honduras Because If the C.O would ~~[illegible]~~ of Known that I was Also A muslim. He probably would never, told. me. Anything. About my muslim Brother. Name. Jebril. Ahamad. the next Day I told my muslim. Brother About. what Happen... And. He told me. that He doesnt know why the C.O. would told me some like that. And I told him That I will. write. A statement. About this. situation in case. He ever. need. it in the future. my English writing is Not. As Good. As A Native American Citizen But I tried my Best. to Give my statement clear, About what Happen

Thank you.

Karlton Costly

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
THREE RIVERS FCI

TO : AHMAD MUSA JEBRIL, 31943-039
THREE RIVERS FCI UNT: LIVE OAK QTR: L01-121U
P.O. BOX 4000
THREE RIVERS, TX 78071

Exhibit #11

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 485690-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : MARCH 12, 2008
SUBJECT 1 : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10) MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME INCLUDES MAIL TIME.

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: Jebril, Ahmad | 31943-039 | LOA | Three Rivers - |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A- INMATE REQUEST

On Friday Aug. 24, 2007, approxamately 10 days after hitting Three Rivers FCI compound inmates approached me to tell me the (TALL A & W) was in their unit asking them if I attended Friday Islamic Services and what I did in them.

He was asking due to his ignorance another Muslim sect.

Why would an A & W go into units asking inmates such questions? There are cameras throughout the entire chapel to monitor! Those type of tactics are to harass me, instill fear in the inmates from hanging around me, or talking to me.

This is the kind of activities Three Rivers staff does to me noting this was no ordinary C.O. but rather the A & W himself and 10 days after being on the compound?!

I ask that these and similar tactics halt and that I be transferred to camp my custody level in my region and that no retaliatory tactics be used against me filing this complaint! I attempted to resolve this by speaking to the capta and warden on 8/27/07 and 8/31/07 and writting a lengthy letter but nothing was resolved.

2/22/08

DATE

SIGNATURE OF REQUESTER

Part B- RESPONSE




DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 485690-F1

CASE NUMBER:

Part C- RECEIPT

Return to:

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|
| | | | |

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

NUMBER: TRV-1330.13 (h)
DATE: March 28, 2006
SUBJECT: ADMINISTRATIVE REMEDY PROCEDURES FOR INMATES

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: Miller-Kelley (Unit Counselor)

~~Mr. Brown~~ (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

On Aug 24 07 inmates approached me to tell me that the tall A & W was in their unit asking them as Muslims what the new guy with the long beard does in the Friday services.
This ~~is 10 days after being on this filthy* compound.~~
* Filthy as in discriminating, prejudice, harassing hating staff

2. What action are you requesting to resolve your complaint?

That the tall A & W be fired and reprimanded. He has no [illegible] 10 days after I hit the compound arising the suspicion [illegible] fish around for informats who are easily manipulated by [illegible]

3. What have you done and who have you spoken to regarding your complaint?

To both Hillgerson and Joslin. They are just as bad as the Tall A & W if not worse.

Inmate Name Ahmad Jebrill Register No.: 31943-039

Unit LOA

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER Date Received From Inmate 2/5/08

You provided not specific action you want resolved. Therefore it is being denied.

Responding Staff Member Name/Title ____________ Date ______

Unit Manager Signature [signature] Date Reviewed [illegible]

Date Returned to Inmate ____________

Administrative Remedy (BP-9) Requested or Issued: Yes ______

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 12, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
THREE RIVERS FCI

TO : AHMAD MUSA JEBRIL, 31943-039
THREE RIVERS FCI UNT: LIVE OAK QTR: L01-121U
P.O. BOX 4000
THREE RIVERS, TX 78071

Exhibit #12

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID : 485699-F1 ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : MARCH 12, 2008
SUBJECT 1 : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2 :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10) MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME INCLUDES MAIL TIME.

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Jebril, Ahmad | 31943-039 | LOA | Three Rivers-FCI |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

Part A- INMATE REQUEST

On 11/27/07 at the 7pm move I was heading to my unit LOA when a friend slowed me down to ask or tell me something. As we paused for seconds before he left to his unit and I headed to mined Officer Wong flashed his flashlight in my eyes and said keep going don't stop. I had barely stopped but that's not the main issue.

This is to document how staff target me. Officer Wong did not tell 3 other groups not far from us to keep walking or flash his light.

Policy that you need to keep walking should be enforced upon all not just me.

It's not my concern that other inmates hang out or what they do but I always mention that because that's how you prove targetting and discrimination.

On 11/28/07 the follwoing day around the same time I did push ups on the sidewa towards the fence as I seen many other inmates do all the time. The two pickups suddenly stopped in a middle area and got out of their cars. The white officer told a group in front of me(HEY YOU WITH A BEARD COME HERE. Dont do push ups o the sidewalk!)

The inmate said (I did not) Then Wang or Wong told the officer its me I was right behind them. The white officer kindly asked me if I did push ups and I sa

DATE 2/22/08 SIGNATURE OF REQUESTER

Part B- RESPONSE




DATE WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE CASE NUMBER: 485649-F1

CASE NUMBER:

Part C- RECEIPT

Return to:

LAST NAME, FIRST, MIDDLE INITIAL REG. NO. UNIT INSTITUTION

SUBJECT:

DATE RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN BP-229(13) APRIL 1982

(yes I did push ups)
He replied (Dont do them on the sidewalk no more)
Notice from that that another inmate at that same time was walking on that same sidewalk.
But evidently they were ~~not~~ only looking for a (MAN WITH A BEARD)!.
Again I don't care that another inmate was walking on the sidew3alk but that shows targetting and discrimination/.

Officer Wong also denied me to work in the yard when I first got here.
I sent him numerous cop-outs and spoke to him to let me work the yard in Aug of 07 but he would shrug his shoulders and walk away.
I had a freind who worked the yard even try to convince him and sent him a cop out with him but he refused.
In fact he hired many others right after that and I was not hired.

Matters like these need to be documented for further and future purposes.

2/22/08
DATE

Signature

NUMBER: TRV-1330.13
DATE: March 28, 200
SUBJECT: ADMINISTRATIVE
PROCEDURES FOR

ATTACHMENT A

INFORMAL RESOLUTION - ADMINISTRATIVE REMEDY (BP-8)

TO: Miller-Kelley (Unit Counselor)
Mr. Brown (Unit)

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred.

On 11/27/07 heading to my unit I paused to talk to an inmate
Officer Wong flashed his lights in my eyes and said to
inmates were there talking and standing he did not tel
On 11/28/07 He pointed me out to another officer har g
doing push ups and again not telling others. He also

2. What action are you requesting to resolve your complaint?

I would like this action documented and that Wong be investigated for harassing me. and that this type of action stop.

3. What have you done and who have you spoken to regarding your complaint?

NONE. When I spoke to Joslin and Higgerson upon arrival regarding similar matters it made things worse/

Inmate Name Ahmad Jebril Register No.: 31943-039

Unit LOA

RETURN THE COMPLETED FORM TO YOUR COUNSELOR

DO NOT WRITE BELOW THIS LINE

4. RESPONSE BY STAFF MEMBER Date Received From Inmate

you failed to mention where the incident took place. Inmates are allowed to recreate on the recreation yard. In order to run a smooth institution staff all evenings to keep inmates moving

Responding Staff Member Name/Title [signature] Date

Unit Manager Signature Date Reviewed

Date Returned to Inmate 2-4-08

Administrative Remedy (BP-9) Requested or Issued: Yes ______ No ______