IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

AHMAD JEBRIL,
      Plaintiff,

                                                     Civil Action #: C--07-436

v.

Dan Joslin, Et. Al, ___/

                                      United States Courts
                                    Southern District of Texas
                                            FILED

**MOTION TO RESUME THE CASE**      JAN 1 2 2009

                                        Michael N. Milby, Clerk of Court

**I previously filed** this Bivens Lawsuit #07-436. There was several phone hearings and motions filed.

Defendants filed the following:
        a) Motion to dismiss for failure to exhaust administrative remedies).
        b) Motion of opposition to plaintiffs motion for a preliminary injunction.
        c) Motion to answer amended complaint.

I then filed three motions each motion was in response to the above motions.
I filed:
        a) Plaintiffs response to Defendants motion to dismiss for failure to exhaust administrative remedies.
        b) Plantiffs response to defendants opposition to plaintiffs motion for a preliminary injunction.
        c) Plaintiffs answer to defendants answer to amended complaint.

Before hearing from the court on any of those matters on 6/1/08 I filed **a motion to dismiss and seal the case.** The motion to dismiss was granted without prejudice.

I decided to file the motion to dismiss due to an error in judgement on my behalf and more seriously due to staff harassment regarding this matter along with their treatment.

I now and after careful and serious consideration ask that the court issue and order to resume the case. All matters in the case are still the same and nothing has changed.

Not allowing me to resume the case will only cause me severe hardship by making me pay another fine to file a new case and nothing else will be different. Since I filed this case I have been paying the fines on it. I just finished paying the fees to file this case this week. I plead that the court resume this case from where it left off to avoid having me be put in another financial hardship.

                                          Submitted By:

                                          Ahmad Jebril #31943-039
                                          Federal Correctional Institution LOA
                                          P O BOX 4200
                                          Three Rivers, TX 78071

CERTIFICATE OF SERVICE

I hereby certify that on 1/8/09   I placed in the mail this attached motion to resume the case one addressed to the court and one to the US attorney:

US District Court
Southern District of Texas
1133 N. Shorelone Room 208
Corpus Christi, TX 78401

And to:

Jimmy Rodrigez
Assistant U S attorney
919 Milam Suite 1500
P O Box 61129
Houston, TX 77208

Ahmad Jebril #31943-039

Ahmad Jebril #31943-039
Federal Correctional Institution
P O Box 4200
Three Rivers, TX 78071

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 JAN 2009 PM 5 L

7840142042

US District Court
Soutern District of Texas
1133 N. Shoreline Room 208
Corpus Christi TX 78401

Michael N. Milby, Clerk of Court
JAN 12 2009
FILED
United States Courts
Southern District of Texas